

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CV 15         1058

----------------------------------------------------------x

Ibrahim Annan Sui Juris In-Propia Persona / **Petitioner/ /Executor/ Administrator/ Beneficiary**

800 Victory Blvd

Staten Island, New York "Republic" 10301

Plaintiff,              **COMPLAINT /FRAUD/ 18 U.S.C.630/18 U.S.C.8872**

**Writ of Mandamus 28 U.S.C. 1608 Service;**

**Notice of Motion, 'Court Of Record Demanded'**

**Revoke Action AAT5874374/ #AAW0607692**

**ORDER" to Rescind/ VACATE Ticket No.:**

**AAY4602500 / AAT5874374/ #AAW0607692**

          -Against-

          Defendants.

STATE OF NEW YORK

DEPARTMENT OF MOTOR VEHICLES

6 Empire State Plaza

Albany New York 12228

Department Of Motor Vehicles Traffic Violations Division  *" Judge Hansho / Judge Levine et al;*

West Shore Plaza      *Deborah P. Dugan et al;*

1775 South Avenue     *120 Precinct 78 Richmon Terrace*

Staten Island, New York Republic 10314     *Staten Island, New York 10301*

NYPD# 944070   **Without Prejudice;U.C.C§3-104(a)**     *2/2/15*

*"See Attached "*   **U.C.C.§1-103,Thru _____ U.C.C.§1-310**

          **Notice; All Rights Reserved**

          . **28U.S.C.§1607;28U.S.C.§1608§1605**

I.Parties:Plaintiff, <u>Ibrahim Annan</u>.Domiciled,at <u>800 Victory Blvd Staten Island, New York</u> "Republic" 10301

Defendant **STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES** .resides, at. **6 Empire State Plaza Albany New York 12228 Albany New York 12228**

Defendant **Department Of Motor Vehicles Traffic Violations Division West Shore Plaza .resides, at** <u>1775 South Avenue Staten Island, New York Republic 10314</u>

Defendant <u>Judge Hamsho & Judge Levine,</u>  _.resides, at <u>1775 South Avenue Staten Island, New York Republic 10314</u>.

Defendant <u>NYPD #944071,120  precinct</u> et al;  ,resides, at 100 Church Street New York New York 10007.

This is **"Notice" of refusal for cause U.C.C. § 3-501" This** is an "Objection" and refusal of the letter typed on 01/20/2015 and mailed on January 22 2015 from STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES 6 Empire State Plaza Albany New York 12228.

Objection to the "Ticket" issued on  November 5, 2014 it say's on the bottom of  the ticket to answer within fifteen days  this was done a date was given and the below has happened the ticket says for officer to sign and print the officer did not do this the "Ticket is "defective" cannot  read the officer name / title plaintiff petitioner Ibrahim Annan denies the allegation brought forth by officer,  before the "Court" started  on 1/12/2015 the "Judge" stated you have the "Right " to remain silent et al; rules of law "See Citation" **Article 31. United States v. Seay, 1M.J.201 (C.M.A.1975) United States V. Duga, 10 M.J. 206 (C.M.A. 1981) Objection**.

Objection  paragraph one lines one and two of the letter dated 01/20/2015, are fraudulent

claims Plaintiff / Petitioner/ Executor/ Administrator of the title Ibrahim Annan was present for his "Special Appearance" on January 12, 2015 for a scheduled one o clock appointment at West Shore Plaza 1775 South Avenue Staten Island, New York Republic 10314.  The door to the "Court Room" did not open until 1:15 pm I was not called until 2:30pm I started to present the matter and was interrupted by administrative law Judge Hamsho to consent to a process I do not give consent to as I told her I am present due to "Threat ,Duress, Coercion, and the fraudulent charges brought on by the police officer are a mistake and the charges are therefore dismissed vacated and rescinded there are "Notices" hung up within your "Court Room" but yet you ignore

"Notice" **Notice any "Court Appearance is a Special Appearance" Special Appearance Fee is $500,000.00. / Violation of Liberty Fees will be applied for any "Court Action towards Ibrahim Annan; Violation fee of our liberty is $250,000.00 per incident or per 15 minutes or any part thereof.** Notarized and authenticated Notice has been sent by "Certified" return receipt mail to West Shore Plaza 1775 South Avenue Staten Island, New York Republic 10314 to Judge Hamsho & Judge Levine, & STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES 6 Empire State Plaza Albany New York 12228 about Special Appearance, and Violation of Liberty Fees. Notarized , and authenticated Notice were mailed on January 22, 24, 2014 **STATE OF NEW YORK COUNTY OF RICHMOND AUTHENTICATION #29250** Amount owed and overdue $753,750,000 the reasonable amount towards payment of the total amount due within the Notice $1,750,0000 this was in reference to ticket #AAW0607692.

Further Notice was given February 7, 2014 Invoice #080098763 overdue amount of $753,750,000 the reasonable overdue, and past due amount demanded $2,750,000 **Notarized, and authenticated Notice, Fraud Debt Owed: Affidavit of Record, Memorandum of Law in opposition to Breach of Uniform Commercial Code § 1-308 PERFORMANCE OR ACCEPTANCE UNDER RESERVATION OF RIGHTS** were given to the "Judge" on August 14, 2014, and earlier.

Furthermore, it is hereby; **ORDERED** that Defendant's pay the overdue, and past due amounts owed and stated within the notarized **ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS** › Rule 5. Federal Rules of Civil Procedure Serving and Filing Pleadings and Other Papers under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). "Notice /Bill" Dated August 13, 2014 & more all Notices / Invoice #08009876 Total $753,750,000 above named defendants were asked to pay the reasonable amount of $2,750,000 towards the overdue past due amount it has been ignored.

It is further **ORDERED** that defendants pay due to "Booty & Prize" being solely "District Court" Defendants have been warned that they do not have "Jurisdiction" and that Plaintiff Ibrahim Annan does not have a "Contract" and has reserved his rights under Uniform Commercial Code Article One General Provisions § 1-308  it is well stated that this was, and is a bill of exchange and the defendants are in "default" and have ignored notices copies of certified mail signed return receipts will be presented as evidence.


**ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS** › Rule 5. Federal Rules of Civil Procedure, All Procedure Serving and Filing Pleadings Counter Claims Appeal of Orders Vacate Orders Overturn Orders Rescind Orders and Other Papers under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

Have been ignored / denied by STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES 6 Empire State Plaza Albany New York 12228 & Department Of Motor Vehicles Traffic Violations Division West Shore Plaza 1775 South Avenue Staten Island, New York Republic 10314

The unalienable right to travel is guaranteed by the 9th & 10th Amendments of the organic Constitution for the United States of America and Bill of Rights, and upheld by many court

decisions in support of that right. I, now explicitly Reserve, Assert and defend that right. The Right to Travel affidavit has been sent as attachments to notices and bills sent to the above named defendants. It is further **ORDERED that defendants** pay back all $40.00 cash bond paid by **"Petitioner/ /Executor/ Administrator/ Beneficiary** Ibrahim Annan Since 1996 Petitioner Ibrahim Annan license and/or privilege to drive in New York State will be "Suspended" effective 2/11/15 under /over threat, duress coercion for failure to appear to answer traffic ticket "Objection" FRAUD **Plaintiff "Petitioner/ /Executor/ Administrator/ Beneficiary** Ibrahim Annan was "Present "and now a $40.00 dollar cash bond is being asked of to be able to drive for the "Record" **"Petitioner/ /Executor/ Administrator/ Beneficiary** Ibrahim Annan was not "Driving" as described below. Motor Vehicle and used for commercial purposes is clearly defined "Citation 18 U.S.C. **§ 31** Plaintiff was not transporting passengers for hire or accepting cash Ibrahim Annan was "Traveling" Officers demand a "Driver License" which one is entitled to have, and impart and convey false information. My "Right to Travel Affidavit" was presented ignored and denied **(a) Definitions.—** In this chapter, the following definitions apply:

**(1) Aircraft.—** The term "aircraft" means a civil, military, or public contrivance invented, used, or designed to navigate, fly, or travel in the air.

**(2) Aviation quality.—** The term "aviation quality", with respect to a part of an aircraft or space vehicle, means the quality of having been manufactured, constructed, produced, maintained, repaired, overhauled, rebuilt, reconditioned, or restored in conformity with applicable standards specified by law (including applicable regulations).

**(3) Destructive substance.—** The term "destructive substance" means an explosive substance, flammable material, infernal machine, or other chemical, mechanical, or radioactive device or matter of a combustible, contaminative, corrosive, or explosive nature.

**(4) In flight.—** The term "in flight" means—

(A) any time from the moment at which all the external doors of an aircraft are closed following embarkation until the moment when any such door is opened for disembarkation; and

(B) in the case of a forced landing, until competent authorities take over the responsibility for the aircraft and the persons and property on board.

(5) **In service.**— The term "in service" means—

(A) any time from the beginning of preflight preparation of an aircraft by ground personnel or by the crew for a specific flight until 24 hours after any landing; and

(B) in any event includes the entire period during which the aircraft is in flight.

(6) **Motor vehicle.**— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

(7) **Part.**— The term "part" means a frame, assembly, component, appliance, engine, propeller, material, part, spare part, piece, section, or related integral or auxiliary equipment.

(8) **Space vehicle.**— The term "space vehicle" means a man-made device, either manned or unmanned, designed for operation beyond the Earth's atmosphere.

(9) **State.**— The term "State" means a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

(10) **Used for commercial purposes.**— The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.

(b) **Terms Defined in Other Law.**— In this chapter, the terms "aircraft engine", "air navigation facility", "appliance", "civil aircraft", "foreign air commerce", "interstate air commerce", "landing area", "overseas air commerce", "propeller", "spare part", and "special aircraft

jurisdiction of the United States" have the meanings given those terms in sections 40102 (a) and 46501 of title 49.

**The unalienable right to travel is guaranteed by the 9th & 10th Amendments of the organic Constitution for the United States Republic America and Bill of Rights, and upheld by many court decisions in support of that right.** Further, Rule 72 states that the district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. crv. P. 72(b)(3) See Also' **Court of Record Demanded (Citation))** - THE WOLTERS KLUWER BOUVIER LAW DICTIONARY Compact Edition rSBN 978-0 7355-6852-5- page 271 court of record A court in which proceedings are recorded and binding as law. A court of record is a court created as a court of record, required to maintain records of its proceedings for the purposes of review and for the purposes of binding the parties to actions in that court to the matter recorded.

**Court of Record demanded' (Citation)** - THE WOLTERS KLUWER BOUVIER LAW DICTIONARY Compact Edition ISBN 978-0 7355-6852-5- page 271THE WOLTERS KLUWER BOUVIER LAW DICTIONARY Compact Edition ISBN 978-0 7355-6852-5-

"See' all Court records all "records" are notarized and authenticated by county clerk of County of Richmond the Office of The Honorable Steven Fiala. **ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS** › Rule 5. Federal Rules of Civil Procedure Serving and Filing Pleadings and Other Papers under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). ,I have committed no crime; and am therefore not subject to any penalty.

Thus, be it known to all, in the Nature of UCC §1-308 formally (*UCC}-207), that I

reserve        my        natural        common        law        right        not

to be compelled to perform under

Any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore,
I do not accept the

Liability associated with the compelled and pretended "benefit" of any hidden or unrevealed
contract or commercial

Agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to
perform, for persons of

Subject status, are inapplicable to me, and ate null and void. If I have participated in any of the
supposed "benefits"

Associated with these hidden contracts, I have done so under duress, threat, and coercion for lack
of any other practical The affiant is not a lawyer I Attorney, and his pleadings cannot be treated
as such. In fact,

according to (Citation) Haines v. Kerner, 404 U.S. 519 (1972), a complaint, "however inartfully

pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and

can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff

can prove no set of facts in support of his claim which would enfitle him to relief." Id., at 520-

521, quoting Conley v Gibson, 355 U.S. 41, 45-46 (1957). "Indee1' no more that affidavits is

necessary to make a prima facie case." **(Citation)** (See United States v.

Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981): Cert Denied, 50 U.s.L.f. 2169; S. Ct. March 22,

1982.) **. Hoffsomer v. Hayes, 92 Okla 32, 227 F.417 the courts are not bound by an officer's

interpretation of the law under which he presumes to act. Owen v. Independence, 100**

S.C.T.1398, 445 US 622 **"Officers of the court have no immunity, when violating a Constitutional right, from liability for they are deemed to know the law."**

It is further **ORDERED** that the Defendants disclose , and provide to Plaintiff, and **DISTRICT COURT EASTERN DISTRICT NEW YORK** all information and records in their possession relating to Plaintiff that were acquired through this unlawful "Action", in the sense of a judicial proceeding all mailings filings notices **ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS** › **Rule 5. Federal Rules of Civil Procedure, All Procedure Serving and Filing Pleadings Counter Claims Appeal of Orders Vacate Orders Overturn Orders Rescind Orders and Other Papers under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).** Received by the "Court" from "Plaintiff" 18 U.S.C. §3500,

**STATE OF NEW YORK COUNTY OF RICHMOND AUTHENTICATION TRAFFIC VIOLATIONS BUREAU APPEAL FORM NYS Vehicle and Traffic Law Article 2-A** was sent this whole process is a **FRAUD. Furthermore, it is hereby; ORDERED that Defendant's** pay the overdue, and past due amounts owed $4,500,000 is the reasonable amount owed. + **ORDER this court hereby DECLARES that Defendant's program of "Fraud & Violation of Liberty & Prejudice** immediately cease the Defendant's program is in violation of AFFIDAVIT: Right to Travel **Furthermore, it is hereby; ORDERED that Defendant's** Overturn, Vacate and rescind ticket #AAT5874374 & ticket #AAY4602500 RE: Appeal of Summons a copy of a letter dated February 03, 07, 25, 2014 from **STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES APPEALS BOARD PO Box 2935 Albany, NY 12220-0935 BARBARA J. FIALA Commissioner, THOMAS P. HIGGINS Deputy Commissioner for Integrity, DEBORAH V. DUGAN.** This letter expresses previous correspondence with the above named defendants **ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS** › **Rule 5. Federal Rules of Civil Procedure,,**

The above named Defendants are not legally authorized it was written within "NOTICES" addressed to the above named defendants that the "District Court" has original Jurisdiction over this matter. Plaintiff has exercised his due diligence it has been disrespected

**The jurisdiction of the Court is invoked pursuant to This Court has subject-matter Jurisdiction over this matter pursuant to** 28 § 1331, 28 U.S.C. § 1346, 28 U.S.C. § 1332 **28 U.S.C. §1367 & 28 U.S.C. §1361, 28 U.S.C. § 2679, Equal Access to Justice Act, 28U.S.C.§2412,   18 U.S.C. §1589** Forced Labor Violation of Liberty, **18 USC §35 Imparting & Conveying false Information, U.S.C. § 1512--Engaging In Misleading Conduct. U.C.C. Article One General Provisions §1-103 thru § 1-310**   U.C.C.§1-308 -- Affidavit of Record, Memorandum of Law in opposition to Breach of Contract Rules U.C.C. §1-201-(1)

"Action", in the sense of a judicial proceeding, includes recoupment, counterclaim, set-off, suit in equity, and any other proceeding in which rights are determined **Ibrahim Annan is entitled to the above.**

Ibrahim will continue with the "Action " above & below,  and that this is a reminder that a debt is owed do to "fraud & violation of liberty "prejudice"  injury or damage resulting from some judgment or action of another in disregard of one's rights; *especially* : detriment to one's legal rights or claims these actions have falsely misled plaintiff insurance company to raise insurance thinking "Plaintiffs license was suspended by "Judge / Court' this was not the case Plaintiff / Petitioner was operating under "Protest" of the improper procedure as stated in previous Motions / Writing/ Notices/ Writs the State of New York Department is not equipped to function as a "Court" They are not functioning according to

- Federal Rules of Civil Procedure & United States Code

(As amended to December 1, 2014)1

- RULES OF CIVIL PROCEDURE FOR THE UNITED STATES DISTRICT COURTS

- TITLE I. SCOPE OF RULES; FORM OF ACTION

    o  Rule 1. Scope and Purpose

    o  Rule 2. One Form of Action

- TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS

    o  Rule 3. Commencing an Action

    o  Rule 4. Summons

    o  Rule 4.1. Serving Other Process

    o  Rule 5. Serving and Filing Pleadings and Other Papers

    o  Rule 5.1. Constitutional Challenge to a Statute—Notice, Certification, and Intervention

    o  Rule 5.2. Privacy Protection For Filings Made with the Court

    o  Rule 6. Computing and Extending Time; Time for Motion Papers

- TITLE III. PLEADINGS AND MOTIONS

    o  Rule 7. Pleadings Allowed; Form of Motions and Other Papers

    o  Rule 7.1. Disclosure Statement

    o  Rule 8. General Rules of Pleading

    o  Rule 9. Pleading Special Matters

    o  Rule 10. Form of Pleadings

    o  Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions

- Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing

- Rule 13. Counterclaim and Crossclaim

- Rule 14. Third-Party Practice

- Rule 15. Amended and Supplemental Pleadings

- Rule 16. Pretrial Conferences; Scheduling; Management

- TITLE IV. PARTIES

  - Rule 17. Plaintiff and Defendant; Capacity; Public Officers

  - Rule 18. Joinder of Claims

  - Rule 19. Required Joinder of Parties

  - Rule 20. Permissive Joinder of Parties

  - Rule 21. Misjoinder and Nonjoinder of Parties

  - Rule 22. Interpleader

  - Rule 23. Class Actions

  - Rule 23.1. Derivative Actions

  - Rule 23.2. Actions Relating to Unincorporated Associations

  - Rule 24. Intervention

  - Rule 25. Substitution of Parties

- TITLE V. DISCLOSURES AND DISCOVERY

  - Rule 26. Duty to Disclose; General Provisions Governing Discovery

- o   Rule 27. Depositions to Perpetuate Testimony

- o   Rule 28. Persons Before Whom Depositions May Be Taken

- o   Rule 29. Stipulations About Discovery Procedure

- o   Rule 30. Depositions by Oral Examination

- o   Rule 31. Depositions by Written Questions

- o   Rule 32. Using Depositions in Court Proceedings

- o   Rule 33. Interrogatories to Parties

- o   Rule 34. Producing Documents, Electronically Stored Information, and Tangible Things, or Entering onto Land, for Inspection and Other Purposes

- o   Rule 35. Physical and Mental Examinations

- o   Rule 36. Requests for Admission

- o   Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions

- TITLE VI. TRIALS

  - o   Rule 38. Right to a Jury Trial; Demand

  - o   Rule 39. Trial by Jury or by the Court

  - o   Rule 40. Scheduling Cases for Trial

  - o   Rule 41. Dismissal of Actions

  - o   Rule 42. Consolidation; Separate Trials

  - o   Rule 43. Taking Testimony

  - o   Rule 44. Proving an Official Record

  - o   Rule 44.1. Determining Foreign Law

- o   Rule 45. Subpoena

- o   Rule 46. Objecting to a Ruling or Order

- o   Rule 47. Selecting Jurors

- o   Rule 48. Number of Jurors; Verdict; Polling

- o   Rule 49. Special Verdict; General Verdict and Questions

- o   Rule 50. Judgment as a Matter of Law in a Jury Trial; Related Motion for a New Trial; Conditional Ruling

- o   Rule 51. Instructions to the Jury; Objections; Preserving a Claim of Error

- o   Rule 52. Findings and Conclusions by the Court; Judgment on Partial Findings

- o   Rule 53. Masters

- TITLE VII. JUDGMENT

  - o   Rule 54. Judgment; Costs

  - o   Rule 55. Default; Default Judgment

  - o   Rule 56. Summary Judgment

  - o   Rule 57. Declaratory Judgment

  - o   Rule 58. Entering Judgment

  - o   Rule 59. New Trial; Altering or Amending a Judgment

  - o   Rule 60. Relief from a Judgment or Order

  - o   Rule 61. Harmless Error

  - o   Rule 62. Stay of Proceedings to Enforce a Judgment

- o Rule 62.1. Indicative Ruling on a Motion for Relief That is Barred by a Pending Appeal

- o Rule 63. Judge's Inability to Proceed

- TITLE VIII. PROVISIONAL AND FINAL REMEDIES

  - o Rule 64. Seizing a Person or Property

  - o Rule 65. Injunctions and Restraining Orders

  - o Rule 65.1. Proceedings Against a Surety

  - o Rule 66. Receivers

  - o Rule 67. Deposit into Court

  - o Rule 68. Offer of Judgment

  - o Rule 69. Execution

  - o Rule 70. Enforcing a Judgment for a Specific Act

  - o Rule 71. Enforcing Relief For or Against a Nonparty

- TITLE IX. SPECIAL PROCEEDINGS

  - o Rule 71.1. Condemning Real or Personal Property

  - o Rule 72. Magistrate Judges: Pretrial Order

  - o Rule 73. Magistrate Judges: Trial by Consent; Appeal

  - o Rule 74. [Abrogated (Apr. 11, 1997, eff. Dec. 1, 1997).]

  - o Rule 75. [Abrogated (Apr. 11, 1997, eff. Dec. 1, 1997).]

  - o Rule 76. [Abrogated (Apr. 11, 1997, eff. Dec. 1, 1997).]

  - o [Rule 71A. Renumbered Rule 71.1]

- TITLE X. DISTRICT COURTS AND CLERKS: CONDUCTING BUSINESS; ISSUING ORDERS

    o  Rule 77. Conducting Business; Clerk's Authority; Notice of an Order or Judgment

    o  Rule 78. Hearing Motions; Submission on Briefs

    o  Rule 79. Records Kept by the Clerk

    o  Rule 80. Stenographic Transcript as Evidence

- TITLE XI. GENERAL PROVISIONS

    o  Rule 81. Applicability of the Rules in General; Removed Actions

    o  Rule 82. Jurisdiction and Venue Unaffected

    o  Rule 83. Rules by District Courts; Judge's Directives

    o  Rule 84. Forms

    o  Rule 85. Title

    o  Rule 86. Effective Dates

- XII. APPENDIX OF FORMS (U.S. Courts site)

- XIII. SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

    o  Rule A. Scope of Rules

    o  Rule B. In Personam Actions: Attachment and Garnishment

    o  Rule C. In Rem Actions: Special Provisions

    o  Rule D. Possessory, Petitory, and Partition Actions

    o  Rule E. Actions in Rem and Quasi in Rem: General Provisions

o  <u>Rule F</u>. Limitation of Liability

o  <u>Rule G</u>. Forfeiture Actions in Rem

Plaintiff has challenged "Jurisdiction" truth & facts they have been "Prejudiced / Denied by defendants over and over "Objection".

**a** (1) **:**  preconceived judgment or opinion (2) **:**  an adverse opinion or leaning formed without just grounds or before sufficient knowledge

**b :**  an instance of such judgment or opinion

**c :**  an irrational attitude of <u>hostility</u> directed against an individual, a group, a race, or their supposed characteristics

<u>See prejudice defined for English-language learners »</u>

<u>See prejudice defined for kids »</u>

(2) **"Aggrieved party"** means a <u>party</u> entitled to pursue a <u>remedy</u>. Ibrahim Annan is an aggrieved party and it is further **ORDERED that the above named Defendant's pay the overdue amounts owed to Plaintiff**

(3) **"Agreement"**, as distinguished from "<u>contract</u>", means the bargain of the parties in fact, as found in their language or inferred from other circumstances, including course of performance, course of dealing, or usage of trade as provided in Section 1-303. **Petitioner/ /Executor/ Administrator/ Beneficiary** Ibrahim Annan has reserved his "Right's" according to U.C.C. §1-308 and U.C.C. §1-303.

This has been repeatedly violated by to West Shore Plaza 1775 South Avenue Staten Island, New York Republic 10314 to Judge Hamsho & Judge Levine, & STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES 6 Empire State Plaza Albany New York 12228

; 18 U.S. Code § 1589; Violation of Liberty Notice Judicial Notice, and Affidavit of Record Memorandum of Law in opposition to Breach of Acquired Rights Doctrine Rules, Intellectual Abuse Violation of Liberty

## MONEY OWED; NOTICE OF PENDENCY N.Y. CVP. LAW § 6501

Pursuant to Title 28,USC § 1746(1)

Plaintiff In-Propia Persona and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the Foregoing is true and correct, facts have been presented to the best of my belief, and informed Knowledge. And further deponent saith not. I now affix my signature and official seal to all of The above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to **Title 28 V.S.C. § 2679, FRCP, Title 26 §7402** U.C.C§I-305 15 U.S.C. § 4 15 U.S.c. § 1-7, U C.c. § 1-103-thru § 1-310 U.S.C. § 28 UCC § 1-207.4 UCC §1-308,U.C.C§1-303,UCC§1-303 UCC§1-309 UCC §1-201, U.C.C. §1-202, and UCC §1-103.6 .N.Y. CVP. LAW JURISDICTION

The Jurisdiction of the Court is invoked pursuant to John EDWARD CROCKARD VS. PUBLISHERS, SATURDAY EVENING POST MAGAZINE OF PHILDELIA, PA (1956) Fr Serv 29, 19 F.R.D. 511, DCED Pa 19 (1958).

The Jurisdiction of the Court is invoked pursuant to" Basso v. Utah Power & Light Co.,495 F.2nd 906 at 910.

The Jurisdiction of the Court is invoked pursuant to." Eisner v. McComber, 252 U.S.189 at 207.

The Jurisdiction of the court is invoked pursuant to. CONLEY VS. GIBSON (1957), 355 U.S. 41, 45, 46, 78 S.Ct. 99, 102, 2LEd 2d 80; SEYMOUR VS. UNION NEWS COMPANY, 7 Cir., 1954, 217 F.2d 168; and see rule 54c, demand for JUDGEMENT, FEDERAL RULES OF CIVIL PROCEDURE, 28 USCA:

The Jurisdiction of the Court is invoked pursuant to." U.S. V. WHITE COUNTY BRIDGE COMMISSION (1960), 2 FR Serv 2d 107, 275 F2D 529, 535.

The Jurisdiction of the Court is invoked pursuant to."rule8{f}of rules of civil procedure, 28 U.S.C., which requires that all pleadings shall be construed as to do substantial justice BURT VS. CITY OF NEW YORK, 2cIR., (1946) 156 f.2d 791.

The Jurisdiction of the Court is invoked pursuant to."STEIN VS. BROTHERHOOD OF PAINTERS, DECORATORS, AND PAPER HANGERS OF AMERICA, DCCD} (1950), 11 F.R.D. 153.

The Jurisdiction of the Court is invoked pursuant to." FRCP 8f: CONSTRUCTION OF pleadings shall be so construed as to do substantial    Justice." DIOGUARDI VS. DURNING, CIR, (1944) 139 F2d774.

The Jurisdiction of the Court is invoked pursuant to." LYNN VS. VALENTINE VS. LEVY, 23 Fr 46, 19 FDR, DSCDNY (1956).

The Jurisdiction of the Court is invoked pursuant to." JUDICIARY ACT OF 1789, suit cannot be dismissed because of errors in service.

& the Federal Rules of Civil

Procedure Plaintiff "Objected'

Iv. Remedy. State what relief, such as money damages you seek from each defendant

Demands treble, Special Damages are imposed for malicious injury in-fact that has happened civil injury, legal injury, direct injury in kind. Ibrahim Annan demands to be paid for his damages of maltreatment, malum in se, malicious mischief, malicious Act, Malicious exception (1977). By the agents of the City of New York Police Department, and .**Amount owed overdue, and past due** $10,000,000 **Due process is required.**

This is a **bill** for violation of "Liberty" & mental anguish, &Special Appearance fees.

**U.C.C. § 1-202. Notice; KNOWLEDGE. (b) "Knowledge" means actual knowledge. "Knows" has a corresponding meaning. (f) Notice, knowledge, or a notice or notification received by an organization is effective for a particular transaction from the time it is brought to the attention of the individual conducting that transaction and, in any event, from the time it would have been brought to the individual's attention if the organization had exercised due diligence.**

**An organization exercises due diligence if it maintains reasonable routines for communicating significant information to the person conducting the transaction and there is reasonable compliance with the routines.**

**Due diligence does not require an individual acting for the organization to communicate information unless the communication is part of the individual's regular duties or the individual has reason to know of the transaction and that the transaction**

would be materially affected by the information. All paperwork provided to the "District Court" is in compliance with Court rules.

Thank you for your attention and for your prompt and full compliance with the terms of this NOTICE. Your courtesy is appreciated. Respectfully 9/30/2014, reserve ALL of the fundamental Freedoms and GOD-given rights of every human

Being on this Earth. Any and ALL, past and present political affiliations implied by operation of law or otherwise with foreign

Entities are hereby, now and forever, claimed and liened. Pursuant to United Nations IPQ #215/93, Title 28, USC 1746 (1) and executed without the United States, I affirm under penalty of perjury under the *laws* of the United states of America that the

Foregoing is true and correct, to the best of facts and my Contract or obligation, which I have not entered into knowingly,

Willingly, voluntarily, and without misrepresentation, threat, duress, or coercion. The use of notary below is for identification purpose. U.C.C. §1-104(1) DT grant any jurisdiction to anyone.

Ibrahim Annan U.C.C. §1-103, Three _____ U.C.C. §1-310    HM 718-816-0826
Notice; All Rights Reserved    cell 646-372-0771

People/Principal, by 28 U.S.C. §1746, 28 U.S.C. §1608 From a Persona, Pro-Forma proceeding Sui

Generis, Sui Juris, with Assistance Special.

Notary _____

*Subscribed before me*
*2/2/15*

CATHERINE F AIELLO
Notary Public - State of New York
NO. 01AI6023409
Qualified in Richmond County
My Commission Expires

2/2/15    3/2/2015

*Provided to District Court*

STATE OF NEW YORK
COUNTY OF RICHMOND    ss:

30939

     I STEPHEN J. FIALA, County Clerk and Clerk of the Supreme Court, Richmond County, a Court of Record having by law a seal, DO HEREBY CERTIFY that *Catherine J. Aiello*

whose name is subscribed to the deposition, oath, certificate of acknowledgment or proof of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his appointment and qualifications, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, power of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such NOTARY PUBLIC, or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and believe that the signature is genuine.

this **3**rd    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal
day of *Feb* 20**15**

                  County Clerk and Clerk of the COUNTY CLERK
                  Supreme Court, Richmond County

**Page 21 of 21**

## RIGHT TO TRAVEL (Affidavit 4)



---

State of New York
County of Richmond

RECORDING REQUESTED BY:

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

AFFIDAVIT: Right to Travel

---

## AFFIDAVIT: Right to Travel

Know All men and Women By these Presents, that I, *IbRAHIM Annan*
Being First Duly Sworn, deposes and says:

That I have researched extensively the organic laws of the United States of America, including two hundred years of American case law (i.e. common law), and now affirm that I have secured the Unalienable and Fundamental, Unrestricted and Unregulated Right To Travel, upon both the public walkways and the highways, and transport my personal and allodial property, duly conveyed, unhindered by Any private, corporate or statutory law, or Department of Motor Vehicles (DMV) regulation or so-called requirement. This unalienable right to travel is guaranteed by the 9th & 10th Amendments of the organic Constitution for the United States of America and Bill of Rights, and upheld by many court decisions in support of that right. I, now explicitly Reserve, Assert and Defend that right.

The Affidavit is submitted upon demand of a driver's license, registration or proof of insurance as part of the official record of Any ensuing action and must be introduced as evidence in said action.

That I, *IbRAhim Annan* do Not under Any circumstances utilize the public highways for commercial purposes. I am Not a 14th Amendment legal "person" engaged in interstate commerce, nor do I derive income from the travel and transport of goods. I am Not a "driver," nor am I an "operator" of a "motor vehicle. The driver's license is for motor vehicles involved in commerce only. My private, self-propelled contrivance/carriage is Not involved in commerce, therefore, it is Not a "motor vehicle." The corporate State of New York Department of Motor Vehicle code does not disclose the true intent and purpose of the statutes, though a "motor vehicle" is adequately and clearly defined in the United States Code (USC).

*"Motor Vehicle means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes." —18 USC 31*

Affidavit: Right To Travel
Page 1 of 3

*"The privilege of using the streets and highways by the operation thereon of motor carriers for hire can be acquired only by permission or license from the state or its political subdivision."*
—Black's Law Dictionary. 5th ed, page 830

I, **Ibrahim Annan** cannot in good faith apply for and accept a driver's license, as I would be committing Perjury. I would have to Swear under Oath that I am a member of, citizen of, franchisee of, or resident (agent) of (fudiciary, surety for) the corporate State of New York , when the already established facts by affidavit have evidenced that I am Not a member of, citizen of, franchisee of, or resident (agent) of the corporate State of New York or the federal United States.

I, **Ibrahim Annan** , am Not effectively connected with a trade or business in the corporate monopoly of the United States government, whether federal, State, county or municipal. I am Not a resident "U.S. citizen," but a citizen of the several States domiciled in the sovereign state of New York Republic (1859), an American (state) citizen of the united states of America. I am domiciled in a foreign jurisdiction to both the corporate state and federal governments. I have Not knowingly or willingly waived Any of my Unalienable Rights. American case law has clearly adjudicated that:

*"The right of the citizen to travel upon the public highways and to transport his/her property thereon either by carriage or automobile, is not a mere privilege which a city (or State) may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness."*
—Thompson v Smith, 154 SE 579

*Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience."*
*("regulated" means traffic safety enforcement, stop lights, signs, etc.)*
—Chicago Motor Coach v. Chicago, 169 NE 22

Therefore, I **Ibrahim Annan** , have determined and hereby affirm by affidavit and under oath, by virtue of my declared sovereign (state) citizenship and American case law, that I am Not required o have government permission to travel, Not required to have a driver's license, Not required to have vehicle registration of my personal property, nor to surrender the lawful title of my duly conveyed property to the State a security against government indebtedness and undeclared federal bankruptcy. Any administrative rule, regulation or statutory act of Any State legislature of judicial tribunal to the contrary is unlawful and clearly unconstitutional, thus Null and Void. American case law has clearly adjudicated that:

*"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* — Miranda v Arizona, 384 U.S.

*"The claim and exercise of a constitutional right cannot be converted into a crime."*
—Miller v. U.S., 230 F 2d 486, 489

*"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."*
—Sherar v. Cullen, 481 F. 945

Affidavit: Right To Travel
Page 2 of 3

Any action involving a citation or ticket issued, confiscation, impoundment of search and seizure of my private property by a police officer or Any other public servant or employee which carries a fine of jail time is a penalty or sanction, thus converting a right into a crime. Any citation or ticket is thus Null and Void. Under every circumstance without exception, government officials must hold the Constitution for the United States (1791) supreme over Any other laws, regulations or orders. Every police (executive) officer or judicial officer has sworn an oath to protect the lives, property and rights of the citizens of the united states of America under the supreme law of the land. Any act to deprive (state citizens of their constitutionally protected rights is a direct violation of their oath of office, a felony and a federal crime.

> *"The Senators and Representatives before mentioned, and the Members of the several state Legislatures, and all executive and judicial officers, both of the United States and the several states, shall be bound by Oath or Affirmation, to support this Constitution;"*
> —*U.S. Constitution, Article 6*

Any action by a police (executive) officer, officer of the court, public servant or government official to assert unlawful authority under the "color of law" will be construed as a direct and willful violation of my constitutionally protected rights, and will be prosecuted to the full extent of American law.

> *"Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." —AFLCIO v. Woodward, 406 F2d 137 t.*

> *"Whoever under the color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any state, Territory, or District to the deprivation of Any rights, privileges or immunities secured or protected by the Constitution of laws of the United States...shall be fined not more than $1,000 or imprisoned not more than one year, or both..."*
> —*18 USC 242*

This Affidavit also certifies that I, *IbRAHIM AMAN* have previously completed and passed a test measuring my competency to safely control a motorized vehicle upon the public highways within the united states of America. I have also met or exceeded all common sense requirements concerning the "rules of the road" and the ability to maneuver a motorized vehicle in a safe and responsible manner.

Pursuant to Title 28, USC 1746 (1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge and Further deponent saith not. I now affix my signature and official seal to all of the above affirmations with Explicit Reservation of All of My Unalienable Rights, Without Prejudice to any of those rights pursuant to UCC 1-207 and UCC 1-103.6.

Respectfully,

*IbRAHIM AMAN / Ibrahim annan*

Citizen/Principal, by Special Appearance, in Propia Persona, proceeding Sui Juris, with Assistance. Special Sworn, subscribed, sealed and affirmed before me this ___9___ day of _____ 2004.

Notary Public for New York _____
My commission expires _____

JOSE PACHECO
Notary Public, State of New York
No. 24-4624782
Qualified in Richmond County
Commission Expires Feb. 28, 2007

İbrahim Annan Sui Generis Sui Juris, Petitioner / Executor / Beneficiary / Administrator
800 Victory blvd #3v
Staten Island, New York Republic 10301

Department Of Motor Vehicles Traffic Violations Division
Administrative Law Judge B. Levine, et al.
West Shore Plaza
1775 South Avenue
Staten Island, New York Republic 10314

State Of New York "Republic" Department Of Motor vehicles
6 Empire State Plaza,
Albany, New York, 12228

**28 U.S.C. §§1441-1452 Title, 28 U.S.C. §§ 1330 -1369 28 U.S.C. § 1607 Counter Claim Pennoyer V. Neff, 95 U.S.714, 24L.Ed.565 (1877) 28 U.S.C. 1608 Service; 28 U.S. CODE § 1361 - ACTION TO COMPEL AN OFFICER OF THE UNITED STATES TO PERFORM HIS DUTY—DISTRICT COURT; U.C.C.§3-104(a) Notice, Fraud Debt Owed:**
## Affidavit of Record, Memorandum of Law in opposition to Breach of Uniform Commercial Code **§ 1-308. PERFORMANCE OR ACCEPTANCE UNDER RESERVATION OF RIGHTS. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.; 18 U.S. Code § 1589; Violation of Liberty**

Today August 13, 2014 **Writ of Mandamus De novo** Order to overturn & vacate suspension issued by Administrative Law Judge B. Levine on June 30, 2014 ticket #AAW0607692, & Suspension Order dated 07/27/2014 POSTAL ID: 101369720. "Notice "Violation of U.C.C§1-101 thru §1-310 N.Y. CVP. LAW § 213 : NY Code - Section 213: Actions. Notice any "Court Appearance is a Special Appearance" Special Appearance Fee is $500,000.00. / Violation of Liberty Fees will be applied for any "Court Action towards Ibrahim Annan Violation fee of my liberty is $250,000.00 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge. Court Date August 14, 2014 at 3:00 pm is a violation of

·1

Liberty a bill in the amount of $75,000 is owed since the "Court Date was given one has the "Right" to Travel according to the 9th & 10th Amendments of the Constitution Hoffsomer v. Hayes, 92 Okla 32, 227 F. 417 the courts are not bound by an officer's interpretation of the law under which he presumes                                        to                                act.

.Owen     v.     Independence,     100     S.C.T.     1398,     445     US     622 "Officers of the court have no immunity, when violating a Constitutional right, from liability.

For they are deemed to know the law."

This is "Notice" In re Prudential Sec. Inc. Ltd. P'ships Litig., 164 F.R.D. 362 (S.D.N.Y. 1996) as well as constructive legal notice Pro Forma that ignorance of the law is no excuse. Ibraim Annan does not owe a DRIVER RESPONSIBILITY ASSESSMENT FEE "Objection" Plaintiff / Petitioner / Executor / Beneficiary / Administrator Ibrahin Annan has reserved his "Rights" under Uniform Commercial Code §1-308 See Attached exhibit A copy of Plaintiff Ibrahim Annan Drivers License Signature Line it Say' UCC 1-308. Ibrahim Annan was not Driving he was Traveling as stated on "Record" 8 U.S. Code § 1503 - Denial of rights and privileges as national Bills of Exchange An engagement to pay the bill in money when due. 4 East 72; Hunt v. Security State Bank, 91 Or. 362, 179 P. 248, 251.The act by which the person on whom a bill of exchange is drawn (called the "drawee") assents to the request of the drawer to pay it, or, in other words, engages, or makes himself liable, to pay it when due. Bell-Wayland Co. v. Bank of Sugden, 95 Okl. 67, 218 P. 705. It may be by parol or in writing, and either general or special, absolute or

"See Attached" 18 U.S. Code § 31 Number 10 Definitions ←

2

conditional; and it may be impliedly, as well as expressly, given. 3 Kent, Comm. 83, 85; Story, Bills, §§ 238, 251. Telegram directing drawer to draw draft. Hoffer v. East- land Nat. Bank, Tex.Civ.App., 169 S.W.2d 275, 278. Cer- tification at request of the payee or holder. Welch v. Bank of Manhattan Co., 35 N.Y.S.2d 894, 895, 264 App.Div. 906. But the usual and regular mode of acceptance is by the drawee's writing across the face of the bill the word "ac- cepted," and subscribing his name; after which he is termed the acceptor. Story, Bills, § 243

| Ibrahim Annan<br>800 Victory Blvd #3v<br>Staten Island, New York "Republic" 10301<br><br>Department Of Motor Vehicles Traffic Violations Division<br>Administrative Law Judge B. Levine, et al.<br>West Shore Plaza<br>1775 South Avenue<br>Staten Island, New York Republic 10314 | **INVOICE** | |
|---|---|---|
| | **Invoice #** | 08009876 |
| | **Invoice Date** | 06/30/201? |
| State of New York Department Of Motor Vehicles<br>6 Empire State Plaza,<br>Albany, New York, 12228 | **Due Date** | 07/20/201? |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Notice " Of a Debt Owed; Special Appearance & Violation of Liberty fees/ Attorneys fees Total **$753,750,000.00** FRCP RULE 70. ENFORCING A JUDGMENT FOR A SPECIFIC ACT (A) FAILURE TO COMPLY WITHIN THE TIME SPECIFIED. | | | |

3

NOTES: "Notice" District Court Action" Plaintiff "Ibrahim Annan gave "Notice" Citing The United States Code & Uniform Commercial Code Article One General Provisions before any "Special Appearance" Notice of Objection & Response to Appeals Board Decision today August 13, 2014,
fieri facias Proceedings The People Ibrahim Annan 18 U.S. CODE § 1361 - GOVERNMENT PROPERTY OR CONTRACTS; 28 U.S.C. §§1441-1452 Title, 28 U.S.C. §§ 1330 -1369
28 U.S. CODE § 1361 - ACTION TO COMPEL AN OFFICER OF THE UNITED STATES TO PERFORM HIS DUTY-- The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff. State v Ducey, 25 Ohio App.2d 50,266 N.E.2d 233,235 Liability Of Claim. Bankruptcy Code § 101

**Subtotal $2,750,000**

**Total**

**Amount Paid**

**Balance Due $2,750,000**

I now affix my signature and official seal to all of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to **Title 28 §1361 Title 28 U.S.C. § 2679, FRCP,** U.C.C§1-305  15 U.S.C. § 4 15 U.S.C. § 1-7, U C.C. § 1-103- thru § 1-310 U.S.C. § 28 UCC § 1-207.4 UCC §1-308,U.C.C§1-303,UCC§1-303 UCC§1-309 UCC §1-201, U.C.C. §1-202, and UCC §1-103.6 .N.Y. CVP. LAW & N & the Federal Rules of Civil Procedure Plaintiff "Objected'

4

STATE OF NEW YORK
COUNTY OF RICHMOND    ss:

30172

      I STEPHEN J. FIALA, County Clerk and Clerk of the Supreme Court, Richmond County, a Court of Record having by law a seal, DO HEREBY CERTIFY that *Diane Mule*

whose name is subscribed to the deposition, oath, certificate of acknowledgment or proof of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his appointment and qualifications, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, power of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such NOTARY PUBLIC, or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and believe that the signature is genuine.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 13th day of August 2014.

_____
County Clerk and Clerk of the COUNTY CLERK
Supreme Court, Richmond County

          Sui Generis, Sui Juris, with Assistance Special.

5

Ibrahim Annan Sui Generis Sui Juris
800 Victory blvd #3v
Staten Island, New York Republic 10301

New York City Police Republic Department
Police Officer Anker #944322
120th Precinct, 78 Richmond Terrace,
St. George, New York Republic, 10301

Fraud U.C.C.1-103.6 U.C.C.1-303 202
I Wish Remedy U.C.C.1-201
I Wish Relief U.C.C.1-303
District Court Action CLA

Department Of Motor Vehicles Traffic Violations Division
West Shore Plaza
1775 South Avenue
Staten Island, New York Republic 10314

This is "Notice" as well as constructive legal notice Pro Forma that Police Officer Anker

#944322 **18 USC § 241 – Conspiracy against rights of sovereign, free, God created,**

**spirit and soul beings.18 USC § 1512 – Engaging in misleading conduct.42 USC §**

**1985 – Conspiracy to interfere with Common Law Rights.18 USC § 1509 –**

**Impeding due exercise of rights by attempting to prevent, obstruct, impede and**

**interfere with same. U.C.C § 1-308, U.C.C § 1-303 U.C.C. § 1-103.6, U.C.C. § 1-103,**

**and all of the U.C.C Violations/Crimes.** He owes Ibrahim Annan, $750,000.00 for the

violation of Liberty, and special appearance that took place on December, 01 2012 on

Clove road in Staten Island.

Police Officer Anker #944322,  was informed that he owes a debt a Debt. State v Ducey,

25 Ohio App.2d 50,266 N.E.2d 233,235 Liabilty Of Claim. Bankruptcy Code **§ 101** this

officer threw the violation of Liberty and the notice of Special appearance in my face

twice this man should be removed because of his treasonous ways and piracy that has

happened on December, 01 2012. This is "Notice" as well as constructive legal notice Pro

Forma that that Police Officer Anker #944322 has been informed that the Violation of

Liberty fee will be imposed as soon as the special appearance starts on January, 18 2012.

①

that Police Officer Anker #944322 has been given "Notice" on December, 01 2012 That a "Court Appearance" is a "Special Appearance". On January 18, 2012, Police Officer Anker #944322 will owe Sovereign Plaintiff $1,500,000.00 dollars.

the District Court will be brought in to decide on this matter at "Law"., Any Administrative Rule, Regulation Or Statutory Act Of Any State Legislature Of Judicial Tribunal To The Contrary Is Unlawful and Clearly, Unconstitutional, Thus Null and Void American Case Law Has Clearly Adjudicated That.

1. Miranda v. Arizona, 384 U.S. "Where Rights Secured By The Organic Constitution Are Involved, There Can Be No Rule Making Or Legislation That Would Abrogate Them.

2. Miller v. U.S., 230 F2d 486, 489 The Claim and Exercise Of A Constitutional Right Cannot Be Converted Into A Crime.

3. Sherar v. Cullen 481 F. 945 There Can Be No Sanction or Penalty Imposed Upon One Because Of This Exercise Of A Constitutional Right's

4. "Public Officials Are Not Immune From Suit When They Transcend Their Lawful Authority By Invading Constitutional Right's."-AFLCIO v. Woodward, 406 F2d 137 t.

5. The City of New York Department of Motor Vehicles ,and the City Of New York Police Department Has Been Properly Notified About This Common Law Action, Special Appearance, And Violation Of Liberty Fees. This is constructive legal notice as well legal Notice Pro Forma that the first minute of Court will cost defendant's $750,000.00 seven hundred and fifty thousand

dollars. Every fifteen minutes after that the violation of liberty fee of

$250,000.00 two hundred and fifty thousand dollars will apply.


Pay within 30 days. Pursuant to Title 28,USC § 1746(1) and executed "without

the United States," I affirm under penalty of perjury under the laws of the united

states of America that the foregoing is true and correct, to the best of my belief

,and informed knowledge. And Further deponent saith not. I now affix my

signature and official seal to all of the above affirmations with EXPLICIT

RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT

PREJUDICE to any of those rights pursuant to UCC Article 1 General Provisions

§ 1-207.4 U.C.C.  §1-308, and U.C.C. § 1-303 U.C.C. § 1-309 Option to

Accelerate at Will U.C.C. § 1-103.6 .

- Thank you for your attention and for your prompt and full compliance

---

STATE OF NEW YORK
COUNTY OF RICHMOND           ss:

**27598**

I STEPHEN J. FIALA, County Clerk and Clerk of the Supreme Court, Richmond County, a Court of Record having by law a seal, DO HEREBY CERTIFY that *Diane Mule*
whose name is subscribed to the deposition, oath, certificate of acknowledgment or proof of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his appointment and . qualifications, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, power of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such NOTARY PUBLIC, or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and believe that the signature is genuine.

this  *16*   IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal
day of *Jan* 20 *13*

County Clerk and Clerk of the
Supreme Court, Richmond County



Ibrahim Annan Sui Generis Sui Juris
800 Victory blvd #3v
Staten Island, New York Republic 10301

New York City Police Republic Department
Police Officer Anker #944322
120th Precinct, 78 Richmond Terrace,
St. George, New York Republic, 10301

Fraud U.C.C.1-103.6 U.C.C.1-303 202
I Wish Remedy U.C.C.1-201
I Wish Relief U.C.C.1-303
District Court Action CLA

Department Of Motor Vehicles Traffic Violations Division
West Shore Plaza
1775 South Avenue
Staten Island, New York Republic 10314

This is "Notice" In re Prudential Sec. Inc. Ltd. P'ships Litig., 164 F.R.D. 362 (S.D.N.Y. 1996)

as well as constructive legal notice Pro Forma that Police Officer Anker #944322 Has committed **18 USC § 241,** this is a demand for demand for dash board camera video 18 U.S.C. **§ 3500** a subpoena is requested one will be brought from the District Court. **18 USC § 241 – Conspiracy against rights of sovereign, free, God created, spirit and soul beings.18 USC § 1512 – Engaging in misleading conduct.42 USC § 1985 – Conspiracy to interfere with Common Law Rights.18 USC § 1509 – Impeding due exercise of rights by attempting to prevent, obstruct, impede and interfere with same. U.C.C § 1-308, U.C.C § 1-303 U.C.C. § 1-103.6, U.C.C. § 1-103, and all of the U.C.C Violations/Crimes. 10 USC § 920 A, Article 120a--- Stalking.** He owes Ibrahim Annan, $750,000.00 for the violation of Liberty, and special appearance that took place on December, 01 2012 on Clove road in Staten Island.

Police Officer Anker #944322, was given Notice that he owes a debt a Debt. State v Ducey, 25 Ohio App.2d 50,266 N.E.2d 233,235 Liabilty Of Claim. Bankruptcy Code § 101 this officer threw the violation of Liberty and the notice of Special appearance in my



face twice this man should be removed because of his treasonous ways and piracy that happened on December, 01 2012. This is "Notice" as well as constructive legal notice Pro Forma that that Police Officer Anker #944322 has been informed that the Violation of Liberty fee will be imposed as soon as the special appearance starts on January, 18 2012. that Police Officer Anker #944322 has been given "Notice" on December, 01 2012 That a "Court Appearance" is a "Special Appearance". On January 18, 2012, N]otice, Mullane

v.                                                                                      Central

Hanover Bank & Trust Co., 339 U.S. 306, 314-15 (1950); see also Weigner v. City of New York, 852 F.2d 646, 649 (2d Cir. 1988). Police Officer Anker #944322 will owe Sovereign Plaintiff $1,500,000.00 dollars.

the District Court will be brought in to decide on this matter at "Law". ,    Any Administrative Rule, Regulation Or Statutory Act Of Any State Legislature Of Judicial Tribunal To The Contrary Is Unlawful and Clearly, Unconstitutional, Thus Null and Void American Case Law Has Clearly Adjudicated That.

1. Miranda v. Arizona, 384 U.S. "Where Rights Secured By The Organic Constitution Are Involved, There Can Be No Rule Making Or Legislation That Would Abrogate Them.

2. Miller v. U.S., 230 F2d 486, 489 The Claim and Exercise Of A Constitutional Right Cannot Be Converted Into A Crime.

3. Sherar v. Cullen 481 F. 945 There Can Be No Sanction or Penalty Imposed Upon One Because Of This Exercise Of A Constitutional Right's

2

4. "Public Officials Are Not Immune From Suit When They Transcend Their Lawful Authority By Invading Constitutional Right's."-AFLCIO v. Woodward, 406 F2d 137 t.

5. The City of New York Department of Motor Vehicles ,and the City Of New York Police Department Has Been Properly Notified About This Common Law Action, Special Appearance, And Violation Of Liberty Fees. This is constructive legal notice as well legal Notice Pro Forma that the first minute of Court will cost defendant's $750,000.00 seven hundred and fifty thousand dollars. Every fifteen minutes after that the violation of liberty fee of $250,000.00 two hundred and fifty thousand dollars will apply.

Pay within 30 days. Pursuant to Title 28,USC § 1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief ,and informed knowledge. And Further deponent saith not. I now affix my signature and official seal to all of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to UCC Article 1 General Provisions § 1-207.4 U.C.C.  §1-308, and U.C.C. § 1-303 U.C.C. § 1-309 Option to Accelerate at Will U.C.C. § 1-103.6 .

• 	Thank you for your attention and for your prompt and full compliance with the terms of this NOTICE. Your courtesy is appreciated.

• 	Respectfully,

3

STATE OF NEW YORK
COUNTY OF RICHMOND

ss:

I STEPHEN J. FIALA, County Clerk and Clerk of the Supreme Court, Richmond County, a Court of Record having by law a seal, DO HEREBY CERTIFY that *Diane Mu\_\_*

whose name is subscribed to the deposition, oath, certificate of acknowledgment or proof of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his appointment and qualifications, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, power of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such NOTARY PUBLIC, or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and believe that the signature is genuine.

this _18__ day of _January_ 20 _13_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal

_____
County Clerk and Clerk of the
Supreme Court, Richmond COUNTY CLERK

Ibrahim Annan Sui Generis Sui Juris
800 Victory blvd #3v
Staten Island, New York Republic 10301

## Motion
)Violation Of Liberty ius /Remedy And Relief
) U.C.C.1-308 U.C.C1-201
) U.C.C.3-3 501 U.C.C.1-303,1-201
) Damages And Special Appearance Fees/ Counter claim
) Injunctive Relief / Jus Ipso facto

New York City Police Republic Department
Police Officer Anker #944322
120th Precinct, 78 Richmond Terrace,
St. George, New York Republic, 10301

Fraud U.C.C.1-103.6 U.C.C.1-303 202
I Wish Remedy U.C.C.1-201
I Wish Relief U.C.C.1-308
District Court Action CLA

Department Of Motor Vehicles Traffic Violations Division
West Shore Plaza
1775 South Avenue
Staten Island, New York Republic 10314

This is "Notice" of refusal for cause U.C.C. 3-501" This is also "Notice" that the instrument presented to "Sovereign Plaintiff Ibrahim Annan Sui Generis Sui Juris In Propia Persona Pro Se Litigant" is a bill of exchange the original is requested. " Richmond County Clerk Auentication #27611{Receipt #3956 Time 9:31:46 Drawer: #03 User:FTALJA0000" In re Prudential Sec. Inc. Ltd. P'ships Litig., 164 F.R.D. 362 (S.D.N.Y. 1996) as well as constructive legal notice Pro Forma that Police Officer Anker #944322 Has committed **18 USC § 241,** this is a demand for dash board camera video 18 U.S.C. **§ 3500** a subpoena is requested one will be brought from the District Court. Sovereign Plaintiff was presented in propia persona pro se before, Administrative Law Judge Deborah Hamsho #079 on January 18, 2013. **Administrative Law Judge Deborah Hamsho #079** rescheduled the "**Special Appearance** for February 14, **2013 Plaintiff "Objects"** to the rescheduled "**Special**

Appearance" by rescheduling the "Special Appearance" Administrative Law Judge Deborah Hamsho #079, Police Officer Anker #944322, Department Of Motor Vehicles Traffic Violations Division have taken on the fiduciary duty to pay the debt owed due to "Violation" of the acquired rights doctrine. U.C.C. Article One General Provisions is my "Official Seal Reserving Rights U.C.C. § 1-308, U.C.C § 1-303 U.C.C. § 1-103.6, U.C.C. § 1-103" it was ignored by *Administrative Law Judge Deborah Hamsho #079 Police Officer Anker #944322*, never showed up for the scheduled 'Special Appearance" the "Special Appearance" was scheduled for 10:30 am the "Court Room" did not open until 10;35 plaintiff showed up at 10;00 am. Police Officer Anker #944322, New York City Police Republic Department aka(NYPD), and Department Of Motor Vehicles Traffic Violations Division now owe $2,000,000.00 two million dollars for the Fraud Conspiracy 18 U.S.C.§371 Violation Of Liberty Fees, Special appearance Fees. Administrative Law Judge Deborah Hamsho #079, denied Sovereign Plaintiff the right to establish a Court Of Record on January 18, 2013.

## DISCUSSION AND CONCLUSIONS OF LAW

1.      Ibrahim Annan American Moorish Moor is one of the people of new york. "... at the revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves....". chisholm v. georgia (us) 2 dall 419, 454, 1 l ed 440, 455@dall (1793) pp471-472.

2.      It is the public policy of this state that the public agencies exist to aid in the conduct of the people's business..... the people of this state do not yield their sovereignty to the agencies which serve them.' new york government code, section 11120. verified bagley- keene open meeting act. " sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government,

2

sovereignty itself remains with the people, by whom and for whom all government exists and act's." yick wo v. hopkins 118 u.s. 356: 6 ct. 1064 (1886)

**The court of record must meet all of the following requirements:**

I.   the tribunal is independent of the magistrate (judge) { jones v.jones, 188 mo.app. 220, 175 s. w. 227,229; ex parte gladhill, 8 metc. mass., 171, per shaw, c.j. see, also, ledwith v. rosalsky, 244 n.y. 406, 155 n.e. 688, 689}{ black's law dictionary, 4th ed., 425, 426}

II.   proceeding according to the common law {jones v. jones, 188 mo.app. 220, 175 s.w. 227, 229; ex parte gladhill, 8 metc., 171, per shaw, c.j. see, also, ledwith v. rosalsky, 244 n.y. 406, 155 n.e. 688, 689}{ black's law dictionary, 4th ed.,425, 426}

III.   power to fine or imprison for contempt {jones v.jones, 188 mo.app.220, 175 s.w. 227, 229; ex parte gladhill, 8 metc. mass., 171, per shaw, c.j. see, also, ledwith v. rosalsky, 244 n.y. 406, 155 n.e. 688, 689}{ black's law dictionary, 4th ed, 425, 426}

IV.   keeps a record of the proceedings { 3 bl. comm. 383; the thomas fletcher, c.c.ga., 24 f. 481; ex parte  thistleton, 52 cal 225; erwin v. u.s.., d.c.ga., 37 f. 488, 2 l.r.a. 229; heininger v. davis, 96 ohio st. 205, 117 n.e. 229, 231,}{ black's  law dictionary, 4th ed., 425,426}

V.   generraly has a seal { 3 bl. comm. 24; 3 steph, comm. 383; the thomas fletcher, c.c.ga., 24 f. 481; ex parte thistleton, 52 cal 225; erwin v. u.s.., d.c.ga., 37 f. 488, @ l.r.a. 229; heininger v, davis, 96 ohio st. 205, 117 n.e. 229, 231.}{ black's law dictionary, 4th e.d, 425, 426}

VI. new york constitution article 6 judicial sec> !> the judicial power of this state is vested in the supreme court, court of appeal, and superior courts, all of which are courts of record.

VII.          1. THE CITY OF NEW YORK,and it's agent agent's ,and representatives listed within this Notice are in violation of superior court rulings this is a pay order.

3

VIII.       "court... the person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be."{emphasis added} page 425, black's law dictionary, revised fourth edition.

A.       court, an agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. {isbill v. stovall, tex.civ.app., 92s.w.2d 1067, 1070; blacks law dictionary, 4th edition, page 425}

B.       1. All items mentioned in the NEW YORK Evidence Code Sections 451 and 452, {among which is included the Federal Rules of Civil Procedure}.

C.       Long  v. Seabrook, 260 S.C. 562, 197 S.E.2d 659, 662; Black's Law Dictionary, Fifth Edition, p 899 "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal, 652

D.       "The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the Former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record. Ex parte Kearny, 55 Cal. 212. Note, however, that in NEW YORK 'superior court' is the name of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be.

(4)

Heydenfeldt v. Superior Court, 117 Cal. 358, 49 Pac. 210; Cohen v. Barrett, 5 Cal. 195" 7 Cal. Jur. 579

E.  "In Every prosecution for crime it is necessary to establish the "corpus delecti", I.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

F.  "The corpus delicti consists of two elements, namely, (1) the injury or loss or harm; and (2) a criminal agency causing them to exist. (People v. Frey, 165 Cal. 140, 146{131 P. 127}; Iiams v. Superior Court, 236 Cal.app.2d 80, 82{45 Cal.Rptr. 627}". People v. Wong(1973) 35 Cal.App.3d 812{111 Cal.Rptr. 314} verified

G.  1.COLOR OF LAW; The appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148(Black's Law 4th pg 331.

H.  Constitution Amendment 6 "In all criminal prosecutions, The accused shall have the right to a speedy and public trial….and to be informed of the nature and cause of the accusation;…."

I.  " The very Meaning of 'sovereignty' is that the decree of the sovereign makes law." American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas 1047.

J.  "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." Davis v. Wechsler, 263 US 22, 24.

K.  " The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative." Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

L.  "….This declaration of rights may not be construed to impair or deny others retained by the people." NEW YORK Constitution, Article 1, Declaration Of Rights Sec. 24

(5)

"In this country, written constitutions were deemed essential to protect the rights and liberties of the people against the encroachments of power delegated to their governments, and the provisions of Magna Charta were incorporated into Bills of { 110 U.S. 532} Rights. They were limitations upon all the powers of government, Legislative as well as executive and judicial" .Hurtado v. NEW YORK, 110 US 516.

a.                                                        (i)     **II. Collection Rights of Secured Party**

# UNIFORM

# COMMER

# CIAL

# CODE

**U.C.C. - ARTICLE 9 - SECURED TRANSACTIONS; SALES OF ACCOUNTS AND CHATTEL PAPER..PART 5. DEFAULT - § 9-502. Collection Rights of Secured Party.**

II. (1) When so agreed and in any event on default the secured party is entitled to notify

an account debtor or the obligor on an instrument to make payment to him whether or not the assignor was theretofore making collections on the collateral, and also to take control of any proceeds to which he is entitled under Section 9-306.

(2) A secured party who by agreement is entitled to charge back uncollected collateral or otherwise to full or limited recourse against the debtor and who undertakes to collect from the account debtors or obligors must proceed in a commercially reasonable manner and may deduct his reasonable expenses of realization from the collections. If the security agreementsecures an indebtedness, the secured party must account to the debtor for any surplus, and unless otherwise agreed, the debtor is liable for any deficiency. But, if the underlying transaction was a sale of accounts or chattel paper, the debtor is entitled to any surplus or is liable for any deficiency only if the security agreement so provides.

As amended in 1972.

**See Appendix II for material relating to changes made in text in 1972.**



Plaintiff Banking Information: Ibrahim Annan
Capital One Bank
Checking Account #7040310295
Routing #021407912

# UNIFORM COMMERCIAL CODE

**U.C.C. - ARTICLE 9 - SECURED TRANSACTIONS; SALES OF ACCOUNTS AND CHATTEL PAPER ..PART 1. SHORT TITLE, APPLICABILITY AND DEFINITIONS**

### § 9-105. Definitions and Index of Definitions.

(1) In this Article unless the context otherwise requires:

1. (a) "Account debtor" means the person who is obligated on an account, chattel paper or general intangible;

2. (b) "Chattel paper" means a writing or writings which evidence both a monetary obligation and a security interest in or a lease of specific goods, but a charter or other contract involving the use or hire of a vessel is not chattel paper. When a transaction is evidenced both by such a security agreement or a lease and by an instrument or a series of instruments, the group of writings taken together constitutes chattel paper;

3. (c) "Collateral" means the property subject to a security interest, and includesaccounts and chattel paper which have been sold;

4. (d) "Debtor" means the person who owes payment or other performance of the obligation secured, whether or not he owns or has rights in the collateral, and includes the

seller of accounts or chattel paper. Where the debtor and the owner of the collateral are not the same person, the term "debtor" means the owner of the collateral in any provision of the Article dealing with the collateral, the obligor in any provision dealing with the obligation, and may include both where the context so requires;

5. (e) "Deposit account" means a demand, time, savings, passbook or like accountmaintained with a bank, savings and loan association, credit union or like organization, other than an account evidenced by a <u>certificate of deposit</u>;

6. (f) "Document" means document of title as defined in the general definitions of Article 1 (Section 1-201), and a receipt of the kind described in subsection (2) of Section 7-201;

7. (g) "Encumbrance" includes real estate mortgages and other liens on real estate and all other rights in real estate that are not ownership interests;

8. (h) "Goods" includes all things which are movable at the time the security interest attaches or which are fixtures (Section 9-313), but does not include money,documents, instruments, accounts, chattel paper, general intangibles, or minerals or the like (including oil and gas) before extraction. "Goods" also includes standing timber which is to be cut and removed under a conveyance or contract for sale, the unborn young of animals, and growing crops;

9. (i) "Instrument" means a negotiable instrument (defined in Section 3-104), or a certificated security (defined in Section 8-102) or any other writing which evidences

a right to the payment of money and is not itself a security agreement or lease and is of a type which is in ordinary course of business transferred by delivery with any necessary indorsement or assignment;

10. (j) "Mortgage" means a consensual interest created by a <u>real estate mortgage,</u> a trust deed on real estate, or the like;

11. (k) An advance is made "pursuant to commitment" if the secured party has bound himself to make it, whether or not a subsequent event of default or other event not within his control has relieved or may relieve him from his obligation;

12. (l) "Security agreement" means an agreement which creates or provides for a security interest;

13. (m) "Secured party" means a lender, seller or other person in whose favor there is a security interest, including a person to whom accounts or chattel paper have been sold. When the holders of obligations issued under an indenture of trust, equipment trust agreement or the like are represented by a trustee or other person, the representative is the secured party;

14. (n) "Transmitting utility" means any person primarily engaged in the railroad, street railway or trolley bus business, the electric or <u>electronics</u> communications transmission business, the transmission of goods by pipeline, or the transmission or the production and transmission of electricity, steam, gas or water, or the provision of sewer service.

(2) Other definitions applying to this Article and the sections in which they appear are:

"Account".Section 9-106.

"Attach".Section 9-203.

"Construction mortgage".Section 9-313(1).

"Consumer goods".Section 9-109(1).

"Equipment".Section 9-109(2).

"Farm products".Section 9-109(3).

"Fixture".Section 9-313(1).

"Fixture filing".Section 9-313(1).

"General intangibles".Section 9-106.

"Inventory".Section 9-109(4).

"Lien creditor".Section 9-301(3).

"Proceeds".Section 9-306(1).

"Purchase money security interest".Section 9-107.

"United States".Section 9-103.

(3) The following definitions in other Articles apply to this Article:

"Check".Section 3-104.

"Contract for sale".Section 2-106.

"Holder in due course".Section 3-302.

"Note".Section 3-104.

(11)

"Sale".Section 2-106.

(4) In addition Article 1 contains general definitions and principles of construction and interpretation applicable throughout this Article.

As amended in 1966, 1972 and 1977.

See Appendices I and II for material relating to changes made in text in 1977 and 1972.

Administrative Law Judge Deborah Hamsho #079, threatened to have sovereign plaintiff Ibrahim Annan Sui Generis removed for exercising rights guaranteed to him by the constitution FREEDOM OF SPEECH THE RIGHT TO ESTABLISH A **"Court Of Record"** Ibrahim Annan expressed to Administrative Law Judge Deborah Hamsho #079 that anything pertaining to "Prize & Booty" is Solely 'District Court" Department Of Motor Vehicles Traffic Violations Division is **De-facto** and cannot take money from the people. Police Officer Anker #944322,  knows the charges are bogus on **the De- facto instrument** issued on December 01,2012, you can see my information clearly, but you cannot see his information on the instrument/ ticket on the date of my incident I went to the 120 precinct station house immediately after to see if anyone could read the ticket/ instrument no officer inside the precinct could decipher it internal affairs was called and a report was made. **Plaintiff Ibrahim Annan** under threat duress and coercion was ordered by *Administrative Law Judge Deborah Hamsho #079*, to check the not guilty box on the instrument/ ticket. **Administrative Law Judge Deborah Hamsho #079**, had asked sovereign plaintiff  guilty or not guilty sovereign plaintiff replied innocent atleast two to three times Administrative Law Judge Deborah Hamsho #079, did not like my answer plaintiff

"Objects" to the "Piracy/ Treason". For the "record" Plaintiff charges a million dollars per order "Court of Record#25941 County Of Richmond" for right now your bill will remain at two million dollars **this is Notice as well as constructive legal notice Pro Fo**rma that on February 14, 2012 when "Court starts the new amount owed will be 2,750,000.00 two million seven hundred and fifty thousand dollars according to the fee schedules that have been sent to you. A "Subpoena was presented to, **Administrative Law Judge Deborah Hamsho #079**, on January 18, 2013. Plaintiff Demands Dashboard camera video from defendant Police Officer Anker #944322. Sovereign plaintiff natural right to travel was **obstructed/ hindered Police Officer Anker #944322,** exceeded his **"Jurisdiction"** violating **"Natural Right's" causing damages.** **Police Officer Anker #944322,** violated natural right's violating due process sovereign plaintiff was not traveling for the purpose of commerce **Police Officer Anker #944322,** and **Administrative Law Judge Deborah Hamsho** #079 are in violation of **18 U.S.C. § 31** plaintiff was traveling in his automobile when he was directed by a tow truck driver to proceed towards **Police Officer Anker #944322.** This was expressed to **Police Officer Anker #944322,** and went ignored plaintiff was issued the 'Special Appearance" date of January 18, 2012 **Police Officer Anker #944322,** did not show up plaintiff finds this behavior "Repugnant" your bill is $2,750,000.00.

M.


**18 USC § 241 – Conspiracy against rights of sovereign, free, God created, spirit and soul beings.18 USC § 1512 – Engaging in misleading conduct.42 USC § 1985 – Conspiracy to interfere with Common Law Rights.18 USC § 1509 – Impeding due exercise of rights by**

(13)

attempting to prevent, obstruct, impede and interfere with same. U.C.C § 1-308, U.C.C § 1-303 U.C.C. § 1-103.6, U.C.C. § 1-103, and all of the U.C.C Violations/Crimes. 10 USC § 920 A, Article 120a--- Stalking. He owes Ibrahim Annan, $750,000.00 for the violation of Liberty, and special appearance that took place on December, 01 2012 on Clove road in Staten Island.

Police Officer Anker #944322, was given Notice that he owes a debt a Debt. State v Ducey, 25 Ohio App.2d 50,266 N.E.2d 233,235 Liabilty Of Claim. Bankruptcy Code **§ 101, Amount owed as of December 18, 2013 $2,750,000.00 Two Million Dollars,** this officer threw the violation of Liberty and the notice of Special appearance in my face twice this man should be removed because of his treasonous ways and piracy that happened on December, 01 2012. This is "Notice" as well as constructive legal notice Pro Forma that that Police Officer Anker #944322 has been informed that the Violation of Liberty fee will be imposed as soon as the special appearance starts on January, 18 2012. that Police Officer Anker #944322 has been given "Notice" on December, 01 2012 That a "Court Appearance" is a "Special Appearance". On January 18, 2012, N]otice, Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314-15 (1950); see also Weigner v. City of New York, 852 F.2d 646, 649 (2d Cir. 1988). Police Officer Anker #944322 will owe Sovereign Plaintiff $1,500,000.00 dollars.

The District Court will be brought in to decide on this matter at "Law". ,   Any Administrative Rule, Regulation Or Statutory Act Of Any State Legislature Of Judicial Tribunal To The Contrary Is Unlawful and Clearly, Unconstitutional, Thus Null and Void American Case Law Has Clearly Adjudicated That.

(14)

1. Miranda v. Arizona, 384 U.S. "Where Rights Secured By The Organic Constitution Are Involved, There Can Be No Rule Making Or Legislation That Would Abrogate Them.

2. Miller v. U.S., 230 F2d 486, 489 The Claim and Exercise Of A Constitutional Right Cannot Be Converted Into A Crime.

3. Sherar v. Cullen 481 F. 945 There Can Be No Sanction or Penalty Imposed Upon One Because Of This Exercise Of A Constitutional Right's

4. "Public Officials Are Not Immune From Suit When They Transcend Their Lawful Authority By Invading Constitutional Right's."-AFLCIO v. Woodward, 406 F2d 137 t.

5. The City of New York Department of Motor Vehicles, and the City Of New York Police Department Has Been Properly Notified About This Common Law Action, Special Appearance, And Violation Of Liberty Fees. This is constructive legal notice as well legal Notice Pro Forma that the first minute of Court will cost defendant's $750,000.00 seven hundred and fifty thousand dollars. Every fifteen minutes after that the violation of liberty fee of $250,000.00 two hundred and fifty thousand dollars will apply.

15. **Title 28 U.S.C. § 2679--- Exclusiveness of Remedy (B) which is brought for a violation of a statute of the United States for injury or loss of property. We make this request under the Freedom Of Information Act Action- 5 U.S.C. § 552 (a)(4)(B) Plaintiff is Domiciled in New York City "Republic".** Motion for a directed verdict based on Negligence

(15)

Per-Se & Willful acts of The City of New York Department Of Motor Vehicles Traffic Violations Division
West Shore Plaza
1775 South Avenue
Staten Island, New York Republic 10314 New York City Police Republic Department
Police Officer Anker #944322
120th Precinct, 78 Richmond Terrace,
St. George, New York Republic, 10301

16. _Our offer stands as Two Million Seven Hundred And Fifty Thousand Dollars UDS

**$2,750,000.00.,**

1.


Pay within 30 days. Pursuant to Title 28,USC § 1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief ,and informed knowledge. And Further deponent saith not. I now affix my signature and official seal to all of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY

STATE OF NEW YORK
COUNTY OF RICHMOND     ss:

27655

I STEPHEN J. FIALA, County Clerk and Clerk of the Supreme Court, Richmond County, a Court of Record having by law a seal, DO HEREBY CERTIFY that _Maria A. Riccardi_ whose name is subscribed to the deposition, oath, certificate of acknowledgment or proof of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his appointment and qualifications, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, power of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such NOTARY PUBLIC, or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and believe that the signature is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal
this 25th day of Jan 20 13.

County Clerk and Clerk of the
Supreme Court, Richmond County

Generis, Sui Juris ,with Assistance Special

MARIA A. RICCARDI
Notary Public, State of New York
No. 01RI6000794
Certified in Richmond County
Commission Expires December 22, 13



Ibrahim Annan Sui Generis Sui Juris
800 Victory blvd #3v
Staten Island, New York Republic 10301

### Writ of Mandamus De novo 28U.S.C. §1651
) Violation Of Liberty ius /Remedy And Relief 28:1331 Fed. Question
) U.C.C. §1-308 U.C.C§1-201 Vacate Order 2/14/2013
) U.C.C. §3-3 501 U.C.C.1-303, 1-201,Aquired Rights Violations
) Damages And Special Appearance Fees/ Counter claim
) Injunctive Relief / Jus Ipso facto ) Notice Payment Due
)Lien/ Levy Action Revoke Action Vacate Order 2/14/2013

New York City Police Republic Department
Police Officer Anker #944322, et al.
120th Precinct, 78 Richmond Terrace,
St. George, New York Republic, 10301

Fraud U.C.C.1-103.6 U.C.C.1-303 202
I Wish Remedy U.C.C.1-201
I Wish Relief U.C.C.1-303
District Court Action CLA
Common Law Action

Department Of Motor Vehicles Traffic Violations Division
Administrative Law Judge B. Levine, et al.
West Shore Plaza
1775 South Avenue
Staten Island, New York Republic 10314

State Of New York "Republic" Department Of Motor vehicles
6 Empire State Plaza,
Albany, New York, 12228

Today 2/27/2013,On, 2/15/2013 I walked into The Department Of Motor Vehicles Traffic

Violations Division at 10:45 am. I asked for help I received, Administrative Law Judge Michael

Schiavo #039 who on 1/18/ 2013 introduced himself as the head of Department Of Motor

Vehicles Staten Island. On 1/18/2013 Administrative Law Judge Michael Schiavo #039 accepted

my Writ / Motion 0n 2/15/2013 Administrative Law Judge Michael Schiavo #039 told me

Ibrahim Annan that his office could not accept Writs or Motions Ibrahim Annan Responded in a

timely manner it was denied by Administrative Law Judge Michael Schiavo #039, On 2/15/2013

This is Fraud The Department Of Motor Vehicles Traffic Violations Division cannot function as



(1)

a "Court" Or Hold "Hearings"/ This is Misrepresentation of office & "Fraud" The Department Of Motor Vehicles Traffic Violations Division, also has a form called "Request For Driving Record Information" On the back of this form it is titled " New York State Department Of Motor Vehicles List Of Permissible Uses for Personal Information Applicable to Data Accounts and Requesters of Individual Records". On This Form Line 4 page 2 of 2 it cites the United States Code. "Sovereign Plaintiff "Ibrahim Annan gave "Notice" Citing The United States Code & Uniform Commercial Code Article One General Provisions before any "Special Appearance" Took place Under U.C.C. § 1-103 thru U.C.C. § 1-310. It went ignored you proceeded on 2/14/2013 Violating My "Liberty U.C.C. § 1-303 & U.C.C. § 1-308. Title 28 U.S.C. § 2679--- Exclusiveness of Remedy  (B)Which is brought for a violation of a statute of the United States for injury or loss of property. Administrative Law Judge Michael Schiavo #039, Administrative Law Judge Deborah Hamsho #079, New York City Police Department Police Officer Anker (NYPD), and The Department Of Motor Vehicles Traffic Violations Division Administrative Law Judge B. Levine et al,    / Ibrahim Annan "Objects" To The Intellectual Abuse/ Political Slavery this is clear proof / evidence that the Department Of Motor Vehicles Traffic Violations Division cannot function as a "Court" It is "Fraud" Department Of Motor Vehicles Traffic Violations Division et al, are now " Subject to the Violation Of Liberty & Special Appearance fees that you have been given "Notice" of since December 2012, The Department Of Motor Vehicles Traffic Violations Division cannot function as a "Court" when requests TJS of New York, Inc. v. New York State Dep't of Taxation and Fin., 932 N.Y.S.2d 243 (N.Y. App. Div. Nov. 3, 2011)

②

In this case, the court determined that the software program necessary to view certain files produced to the petitioner subject to New York's Freedom of Information Law was a "record" for purposes of the law and was thus subject to production itself.

/demands for evidence was ignored dashboard camera evidence was never presented, and my right to make a "Court of Record" was obstructed / hindered on 2/14/2013, once again as congress has assigned "Jurisdiction" solely to the District Court. Booty and Prize is solely Federal District Court you were given "Notice Before 2/14/2013. It is on record that I produced my right to travel affidavit and it went ignored I was not traveling for commercial purposes this is a violation of my "Liberty" and you owe for damages and "Special Appearance fees". I am writing today because I was dealing with a death in the family officer Anker did not show up at "Court" because he was dealing with a death in his family I demand to see his proof of this I have mine I will submit it with this letter/ Notice/ Bill. The cited Lien Debtors are being liened for a minimum of ($250,000.000) two hundred and fifty million dollars each, based on. The United States Code &  **U.C.C. § 1-103 thru U.C.C. § 1-310** Title 18, Section 241, of the United States Code for violation of United States Constitutional Rights including the Seventh Amendment of the Bill of Rights, guaranteeing a "Court of Record " in all commercial processes and approximately 10 other commercial provisions of the United States Constitution. This Commercial Lien is commercially necessary to guarantee for both the Lien Claimants and the public in general; (Does 1 - 250,000,000) that such bond does exist upon said Officials and Officers (Including New York City Police Department **Police Officer Anker** (NYPD), and The Department Of Motor Vehicles Traffic Violations Division Administrative Law Judge B. Levine et al, Administrative Law Judge Deborah Hamsho #079. State Of New York "Republic" Department Of Motor vehicles

6 Empire State Plaza,Albany, New York, 12228, (Including New York City Police Department (NYPD), and The Office Of Corporation Counsel Michael A. Cardozo, Department Of Finance et al, And The City Of New York Law Department)

Total $753,750,000.00 Seven Hundred and Fifty Three million seven hundred and fifty thousand dollars.

*(3)*

꒦ "The general rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences." **16 Am Jur 2d §178**

Police Officer Anker #944322, was given Notice that he owes a debt a Debt. State v Ducey, 25 Ohio App.2d 50,266 N.E.2d 233,235 Liability Of Claim. Bankruptcy Code **§ 101, Amount owed as of December 18, 2013 $2,750,000.00 Two Million Dollars,** this officer threw the violation of Liberty and the notice of Special appearance in my face twice this man should be removed because of his treasonous ways and piracy that happened on December, 01 2012. This is "Notice" as well as constructive legal notice Pro Forma that that Police Officer Anker #944322 has been informed that the Violation of Liberty fee will be imposed as soon as the special appearance starts on January, 18 2012. that Police Officer Anker #944322 has been given "Notice" on December, 01 2012 That a "Court Appearance" is a "Special Appearance". On January 18, 2012, Feb 14, 2013, N]otice, Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314-15 (1950); see also Weigner v. City of New York, 852 F.2d 646, 649 (2d Cir. 1988). Police Officer Anker #944322 will owe Sovereign Plaintiff $1,500,000.00 dollars.

The District Court will be brought in to decide on this matter at "Law". , Any Administrative Rule, Regulation Or Statutory Act Of Any State Legislature Of Judicial Tribunal To The Contrary Is Unlawful and Clearly, Unconstitutional, Thus Null and Void American Case Law Has Clearly Adjudicated That.

(4)

1. Miranda v. Arizona, 384 U.S. "Where Rights Secured By The Organic Constitution Are Involved, There Can Be No Rule Making Or Legislation That Would Abrogate Them.

2. Miller v. U.S., 230 F2d 486, 489 The Claim and Exercise Of A Constitutional Right Cannot Be Converted Into A Crime.

3. Sherar v. Cullen 481 F. 945 There Can Be No Sanction or Penalty Imposed Upon One Because Of This Exercise Of A Constitutional Right's

The Jurisdiction of the Court is invoked pursuant to John EDWARD CROCKARD VS. PUBLISHERS, SATURDAY EVENING POST MAGAZINE OF PHILDELIA, PA (1956) Fr Serv 29, 19 F.R.D. 511, DCED Pa 19 (1958).

i            The Jurisdiction of the Court is invoked pursuant to" **Basso v. Utah Power & Light Co**.,495 F.2nd 906 at 910.

ii            The Jurisdiction of the Court is invoked pursuant to." **Eisner v. McComber**,  252 U.S.189 at 207.

iii            The Jurisdiction of the court is invoked pursuant to. CONLEY VS. GIBSON (1957), 355 U.S. 41, 45, 46, 78 S.Ct. 99, 102, 2LEd 2d 80; SEYMOUR VS. UNION NEWS COMPANY, 7 Cir., 1954, 217 F.2d 168; and see rule 54c, demand for JUDGEMENT, FEDERAL RULES OF CIVIL PROCEDURE, 28 USCA:

iv            The Jurisdiction of the Court is invoked pursuant to." U.S. V. WHITE COUNTY BRIDGE COMMISSION (1960), 2 FR Serv 2d 107, 275 F2D 529, 535.

(5)

v        The Jurisdiction of the Court is invoked pursuant to."rule8{f}of rules

of civil procedure, 28 U.S.C., which requires that all pleadings shall be construed as to do

substantial justice BURT VS. CITY OF NEW YORK, 2cIR., (1946) 156 f.2d 791.

vi        The Jurisdiction of the Court is invoked pursuant to."STEIN VS.

BROTHERHOOD OF PAINTERS, DECORATORS, AND PAPER HANGERS OF

AMERICA, DCCD} (1950), 11 F.R.D. 153.

vii        The Jurisdiction of the Court is invoked pursuant to." FRCP 8f:

CONSTRUCTION OF pleadings shall be so construed as to do **substantial**  Justice."

DIOGUARDI VS. DURNING, CIR, (1944) 139 F2d774.

The Jurisdiction of the Court is invoked pursuant to." LYNN VS. VALENTINE VS. LEVY, 23

Fr 46, 19 FDR, DSCDNY (1956).

viii        The Jurisdiction of the Court is invoked pursuant to."

JUDICIARY ACT OF 1789, suit cannot be dismissed because of errors in service.

ix        The events that started on 12/01/2012 is a Judicially noticed fact a legislative fact,

and a private fact the content of this petition/ complaint/bill is a private fact. Due to the

material facts of the matter at hand. Ibrahim Annan Wishes to Motion the Court to proceed

fieri facias to the above City of New York Employees. Today's date February, 28/2013 it

has been three month's since the terrorism /piracy started. Ibrahim Annan, Declare his

independence.

x Open for discussion

xi       This is a demand for production of statements and reports from the City of New York

Police Department, and the City of New York Agencies involved involved with the Offences, Offenses, Law breaking and criminal act's against Ibrahim Annan since December, 01/2012, this is a Demand for uncensored Documents, Notes, Journals, Reports, Entries. Title 18 U.S.C. § 3500, The Jurisdiction of the Court is invoked pursuant to Title 28 U.S.C. § 2679--- Exclusiveness of Remedy  (B)which is brought for a violation of a statute of the United States for injury or loss of property.

4.

5. "Public Officials Are Not Immune From Suit When They Transcend Their Lawful Authority By Invading Constitutional Right's."-AFLCIO v. Woodward, 406 F2d 137 t.

6. The City of New York Department of Motor Vehicles, and the City Of New York Police Department Has Been Properly Notified About This Common Law Action, Special Appearance, And Violation Of Liberty Fees. This is constructive legal notice as well legal Notice Pro Forma that the first minute of Court will cost defendant's $750,000.00 seven hundred and fifty thousand dollars. Every fifteen minutes after that the violation of liberty fee of $250,000.00 two hundred and fifty thousand dollars will apply.

2. **Title 28 U.S.C. § 2679--- Exclusiveness of Remedy  (B) which is brought for a violation of a statute of the United States for injury or loss of property. We make this request under the Freedom Of Information Act Action- 5 U.S.C. § 552 (a)(4)(B)**



• **Plaintiff is Domiciled in New York City "Republic".** <u>Motion for a directed verdict</u>

<u>based on Negligence</u>

<u>Per-Se & Willful acts of The City of New York Department Of Motor Vehicles Traffic</u>
<u>Violations Division</u>
West Shore Plaza
1775 South Avenue
Staten Island, New York Republic 10314 New York City Police Republic Department
Police Officer Anker #944322
120th Precinct, 78 Richmond Terrace,
St. George, New York Republic, 10301      ~~Three~~
_**Our offer stands as** Total **$753,750,000.00, Seven Hundred and Fifty** Million ~~Three Million~~

**Seven Hundred and Fifty Thousand Dollars.**

3. Pay within 30 days. Pursuant to Title 28,USC § 1746(1) and executed "without the

United States," I affirm under penalty of perjury under the laws of the united states of

America that the foregoing is true and correct, to the best of my belief ,and informed

knowledge. And Further deponent saith not. I now affix my signature and official seal to

all of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY

~~UNALIENABLE RIGHTS WITHOUT PREJUDICE~~ to any of those rights pursuant to

STATE OF NEW YORK
COUNTY OF RICHMOND      ss:                                          **27766**

.          I STEPHEN J. FIALA, County Clerk and Clerk of the Supreme Court, Richmond County, a Court of Record
having by law a seal, DO HEREBY CERTIFY that    Diane Mule

whose name is subscribed to the deposition, oath, certificate of acknowledgment or proof of the annexed instrument, was at the
time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to
act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his appointment and
qualifications, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by
the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of
deeds, mortgages, power of attorney and other written instruments for lands, tenements and hereditaments to be read in
evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well
acquainted with the handwriting of such NOTARY PUBLIC, or have compared the signature on the annexed instrument with
his autograph signature deposited in my office, and believe that the signature is genuine.

this    28    day of   Feb   20 13

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal

                                        _____
                                        County Clerk and Clerk of the
                                        Supreme Court, Richmond County



• People/Principal, by Special Appearance, in Propia Persona, proceeding Sui Generis, Sui Juris ,with Assistance Special

**AAT5874374**

New York State - Department of Motor Vehicles
TRAFFIC TICKET

| POLICE AGENCY |
| --- |
| LOCAL POLICE CODE |

LAST NAME    FIRST NAME    M.I.

NUMBER & STREET ADDRESS    APT. NO.   PHOTO LIC

CITY    STATE    ZIP CODE    OWNER @   LIC CLASS/ID TYPE

I.D. NUMBER    SEX    DATE OF BIRTH (MMDDYY)

STATE   LICENSE EXPIRES (MMDDYY)   VEH. TYPE   VEH. YR.   VEH. MAKE   VEH. COLOR

PLATE #    REG STATE   REGISTRATION EXPIRES (MMDDYY)

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

TIME (24hour HHMM)    DATE OF OFFENSE (MMDDYY)

IN VIOLATION OF: (SECTION AND SUBDIVISION)

DESCRIPTION / NARRATIVE

on the solid lines

PLACE OF OCCURRENCE

IN THE ○ City ○ Town ○ Village    COUNTY OF:    PRECINCT

COMPLAINANT SIGN AND PRINT NAME/RANK Affirmed under penalty of perjury

RADAR OPERATOR NAME (Print)

DATE AFFIRMED    ARREST    OFFICER ID #    OFFICER'S COMMAND

TRAFFIC VIOLATIONS BUREAU HEARING OFFICES (718) 488-5710

YOU MUST ANSWER THIS TICKET WITHIN 15 DAYS OF THE DATE OF OFFENSE. TO ANSWER ON-LINE AT WWW.DMV.NY.GOV/EPLEAD.HTM OR BY MAIL, FOLLOW THE INSTRUCTIONS ON THE OTHER SIDE. FAILURE TO ANSWER WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGMENT AGAINST YOU.

**MOTORIST COPY-TRAFFIC VIOLATIONS BUREAU**

AAT5874374

UT-60 (11/10)

Without Prejudice UCC Article 1 General Provisions
UCC 1-308   Ibrahim   UCC 1-308 UCC 1-103.6
UCC 1-201 UCC 1-202 UCC 1-308 UCC 1-103
Under Protest

---

**AAT5874385**

New York State - Department of Motor Vehicles
TRAFFIC TICKET

| POLICE AGENCY |
| --- |
| LOCAL POLICE CODE |

LAST NAME    FIRST NAME    M.I.
Annan    Ibrahim

NUMBER & STREET ADDRESS    APT. NO.   PHOTO LIC

CITY    STATE    ZIP CODE    OWNER @   LIC CLASS/ID TYP

I.D. NUMBER    SEX    DATE OF BIRTH (MMDDYY)

STATE   LICENSE EXPIRES (MMDDYY)   VEH. TYPE   VEH. YR.   VEH. MAKE   VEH. COL

PLATE #    REG STATE   REGISTRATION EXPIRES (MMDDYY)

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

TIME (24hour HHMM)    DATE OF OFFENSE (MMDDYY)

IN VIOLATION OF: (SECTION AND SUBDIVISION)

DESCRIPTION / NARRATIVE

failed to yeild to emergency vehicle

PLACE OF OCCURRENCE

IN THE ○ City ○ Town ○ Village    COUNTY OF:    PRECINCT

COMPLAINANT SIGN AND PRINT NAME/RANK Affirmed under penalty of perjury

RADAR OPERATOR NAME (Print)

DATE AFFIRMED    ARREST    OFFICER ID #    OFFICER'S COMMAND

TRAFFIC VIOLATIONS BUREAU HEARING OFFICES (718) 488-5710

YOU MUST ANSWER THIS TICKET WITHIN 15 DAYS OF THE DATE OF OFFENSE. TO ANSWER ON-LINE AT WWW.DMV.NY.GOV/EPLEAD.HTM OR BY MAIL, FOLLOW THE INSTRUCTIONS ON THE OTHER SIDE. FAILURE TO ANSWER WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGMENT AGAINST YOU.

**MOTORIST COPY-TRAFFIC VIOLATIONS BUREAU**

AAT5874385

UT-60 (11/10)

Fraud U.C.C.1-103.6 U.C.C.1-303 202
I Wish Remedy U.C.C.1-201
I Wish Relief U.C.C.1-3
District Court Action Cl.

**TO PLEAD GUILTY OR NOT GUILTY ONLINE**

You may plead guilty or not guilty and schedule a hearing online for most violations at www.dmv.ny.gov/eplead.htm.

**TO PLEAD GUILTY OR NOT GUILTY BY MAIL**

- Complete and SIGN the Plea Notice below. Mail within 15 days (with your payment if pleading guilty) to:
  TRAFFIC VIOLATIONS PLEA UNIT, P.O. BOX 2950-ESP, ALBANY, NY 12220-0950.
- Only credit cards, or checks or money orders payable to the Department of Motor Vehicles, are accepted.
- Tickets for equipment violations may only be dismissed if you mail a receipt for repair, showing that the repair was made within one business day of the violation.

**FINE SCHEDULE FOR GUILTY PLEAS BY MAIL**

Fines could be higher if you plead NOT GUILTY and are then found GUILTY at hearing, or when appearing before a judge, even to plead guilty. The total amount includes the fine and all applicable surcharges (CANNOT be reduced).

**VIOLATIONS**

| | Total | | Total |
|---|---|---|---|
| Seat Belt | $130 | Disobeyed Traffic Control Device | $130 |
| Cell Phone | $130 | Equipment | $ 90 |
| Most other violations | $330 | Overweight/Length (Non-Owner) | $330 |

| Red Light Offenses in 18 Months | Red Light NYC | Red Light (everywhere else) | | Unlicensed or Unregistered 60 Days or Less | Total $120 | Uninspected 60 Days or Less | Total $115 |
|---|---|---|---|---|---|---|---|
| | | | | Over 60 Days | $175 | Over 60 Days | $145 |
| 1st Offense | $270 | $175 | | | Speeding | Speeding in School Zone | Speeding in Work Zone |
| 2nd Offense | $455 | $270 | 1-10 MPH over limit | | $140 | $200 | $250 |
| 3rd Offense | $1020 | $550 | 11-20 MPH over limit | | $195 | $310 | $360 |
| | | | 21-30 MPH over limit* | | $195 | $310 | $360 |
| | | | If 31 MPH or more over limit, you must appear in person.* | | | | |

Included in the total amount for each violation (except equipment) is a mandatory $60 surcharge and $20 fee. Equipment violations include a $30 mandatory surcharge and $20 fee.

*A guilty plea or conviction of a speeding violation of 21 MPH or more over the speed limit will add at least 6 points to your license and subject you to a Driver Responsibility Assessment.

NOTE: You will be notified of a balance due if a particular violation requires a higher fine, if you owe additional fees, if the amount of your payment is insufficient or if you are required to appear in person.

**PLEA NOTICE**

I, THE UNDERSIGNED, PLEAD: ☐ GUILTY ☑ NOT GUILTY

If you are pleading GUILTY, it is the same as being found guilty by a judge. In either case, you may be required to pay a fine and, in addition, your driver license and/or registration may be suspended or revoked as prescribed by law. If your guilty plea results in your having 6 or more points on your driver record for violations committed during an 18-month period, a Driver Responsibility Assessment will be imposed. For more information, our website is www.dmv.ny.gov. For some violations, you are required to appear in person even if you wish to plead guilty.

If you are pleading NOT GUILTY, you will be notified by mail of your hearing date, time and location.

YOUR PLEA WILL NOT BE RETURNED. PLEASE MAKE A COPY FOR YOUR RECORDS.

Print Name _____

Signature of Person Entering Plea _____ Under Protest AND DURESS ___ Date ___

NEW ADDRESS IF DIFFERENT FROM TICKET ADDRESS

Street _____

City _____ State ___ Zip Code ___

TO PAY WITH CREDIT CARD WHEN PLEADING GUILTY - FILL OUT INFORMATION BELOW

Credit Card Number _____ Amount ___

Name As It Appears On Card _____

Cardholder Signature _____ Expiration Date ___

Without Prejudice UCC Article 1 General Provisions
UCC 1-103 UCC 1-308 UCC 1-103.6
UCC 1-201 UCC 1-202 UCC 1-308 UCC 1-103
Under Protest

**TO PLEAD GUILTY OR NOT GUILTY ONLINE**

You may plead guilty or not guilty and schedule a hearing online for most violations at www.dmv.ny.gov/eplead.htm.

**TO PLEAD GUILTY OR NOT GUILTY BY MAIL**

- Complete and SIGN the Plea Notice below. Mail within 15 days (with your payment if pleading guilty) to:
  TRAFFIC VIOLATIONS PLEA UNIT, P.O. BOX 2950-ESP, ALBANY, NY 12220-0950.
- Only credit cards, or checks or money orders payable to the Department of Motor Vehicles, are accepted.
- Tickets for equipment violations may only be dismissed if you mail a receipt for repair, showing that the repair was made within one business day of the violation.

**FINE SCHEDULE FOR GUILTY PLEAS BY MAIL**

Fines could be higher if you plead NOT GUILTY and are then found GUILTY at hearing, or when appearing before a judge, even to plead guilty. The total amount includes the fine and all applicable surcharges (CANNOT be reduced).

**VIOLATIONS**

| | Total | | Total |
|---|---|---|---|
| Seat Belt | $130 | Disobeyed Traffic Control Device | $130 |
| Cell Phone | $130 | Equipment | $ 90 |
| Most other violations | $330 | Overweight/Length (Non-Owner) | $330 |

| Red Light Offenses in 18 Months | Red Light NYC | Red Light (everywhere else) | | Unlicensed or Unregistered 60 Days or Less | Total $120 | Uninspected 60 Days or Less | Total $115 |
|---|---|---|---|---|---|---|---|
| | | | | Over 60 Days | $175 | Over 60 Days | $145 |
| 1st Offense | $270 | $175 | | | Speeding | Speeding in School Zone | Speeding in Work Zone |
| 2nd Offense | $455 | $270 | 1-10 MPH over limit | | $140 | $200 | $250 |
| 3rd Offense | $1020 | $550 | 11-20 MPH over limit | | $195 | $310 | $360 |
| | | | 21-30 MPH over limit* | | $195 | $310 | $360 |
| | | | If 31 MPH or more over limit, you must appear in person.* | | | | |

Included in the total amount for each violation (except equipment) is a mandatory $60 surcharge and $20 fee. Equipment violations include a $30 mandatory surcharge and $20 fee.

*A guilty plea or conviction of a speeding violation of 21 MPH or more over the speed limit will add at least 6 points to your license and subject you to a Driver Responsibility Assessment.

NOTE: You will be notified of a balance due if a particular violation requires a higher fine, if you owe additional fees, if the amount of your payment is insufficient or if you are required to appear in person.

**PLEA NOTICE**

I, THE UNDERSIGNED, PLEAD: ☐ GUILTY ☑ NOT GUILTY

If you are pleading GUILTY, it is the same as being found guilty by a judge. In either case, you may be required to pay a fine and, in addition, your driver license and/or registration may be suspended or revoked as prescribed by law. If your guilty plea results in your having 6 or more points on your driver record for violations committed during an 18-month period, a Driver Responsibility Assessment will be imposed. For more information, our website is www.dmv.ny.gov. For some violations, you are required to appear in person even if you wish to plead guilty.

If you are pleading NOT GUILTY, you will be notified by mail of your hearing date, time and location.

YOUR PLEA WILL NOT BE RETURNED. PLEASE MAKE A COPY FOR YOUR RECORDS.

Print Name _____

Signature of Person Entering Plea _____ Under Protest ___ Date ___

NEW ADDRESS IF DIFFERENT FROM TICKET ADDRESS

Street _____

City _____ State ___ Zip Code ___

TO PAY WITH CREDIT CARD WHEN PLEADING GUILTY - FILL OUT INFORMATION BELOW

Credit Card Number _____ Amount ___

Name As It Appears On Card _____

Cardholder Signature _____ Expiration Date ___

UT-60 (11/10)

Without U.C.C. 1-103.6 U.S.C.C. 1-308 202
I Wish Remedy U.C.C. 1-201
I Wish Relief U.C.C. 1-308
District Court Action CLA

# STATE OF NEW YORK
# DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY, NY 12228

NOTICE OF SCHEDULED HEARING                    02/10/15

ANNAN IBRAHIM                          POSTAL ID: 136638754
800 VICTORY BLVD 3V
STATEN ISLAND   NY   10301-3716


THIS NOTICE REPLACES ANY PREVIOUSLY SCHEDULED DATES FOR THE TICKETS
LISTED BELOW.


YOUR NOT GUILTY PLEA IS ON FILE. YOUR HEARING WILL BE HELD AT: RICHMOND
                                   TRAFFIC VIOLATION BUREAU
                                   WEST SHORE PLAZA
                                   1775 SOUTH AVENUE, STE 2
                                   STATEN ISLAND, NY 10314


                                   DATE OF HEARING  05/04/15
                                   TIME OF HEARING  10:30 AM

| TICKET #   | VIOLATION DESCRIPTION | VIOL DATE | REASON    |
|------------|-----------------------|-----------|-----------|
| AAY4602500 | NYC REDLIGHT          | 11/05/14  | BOND PAID |


WHEN YOU ARRIVE AT THE TVB OFFICE, CHECK THE BULLETIN BOARD FOR YOUR NAME AND THE ROOM #
OF YOUR HEARING.

IMPORTANT - IF YOU HAVE A COPY OF YOUR TRAFFIC TICKET(S), PLEASE BRING
            THEM TO THE HEARING WITH THIS NOTICE

IF YOU DO NOT COME TO THIS HEARING YOUR DRIVER'S LICENSE OR PRIVILEGE TO DRIVE IN NEW YORK
STATE WILL BE SUSPENDED.  IF SUSPENDED, UNDER THE NEW YORK STATE VEHICLE AND TRAFFIC LAW
YOU WILL HAVE TO PAY A  $70 SUSPENSION TERMINATION FEE IN ADDITION TO ALL OTHER FINES AND
PENALTIES BEFORE YOUR LICENSE OR DRIVING PRIVILEGES WILL BE RESTORED, REGARDLESS OF
WHETHER OR NOT YOU ARE FOUND GUILTY OF THE CHARGE.

IF YOU WISH TO CHANGE YOUR PLEA TO GUILTY AND PAY THE FINE AND SURCHARGE FOR THIS TICKET,
YOU MAY PAY IT WITH A CREDIT CARD ON-LINE AT: DMV.NY.GOV/PLEADANDPAY/

Case 1:15-cv-01058-CBA-CLP    Document 1    Filed 03/02/15    Page 65 of 92 PageID #: 65

DEPARTMENT OF MOTOR VEHICLES
TRAFFIC VIOLATIONS DIVISION
RICHMOND TVB

DATE 12/05/12                                                      TIME 10:46 AM

**Fraud U.C.C.1-103.6 U.C.C.1-303 202**
**I Wish Remedy U.C.C.1-201**
**I Wish Relief U.C.C.1-303**
**District Court Action CLA**

NAME: IBRAHIM ANNAN
DOB/SEX: 06/11/72 M

YOU HAVE BEEN SCHEDULED TO APPEAR FOR THE FOLLOWING TICKET(S):

| TICKET INFO | STATUS | ON DATE | AT TIME | AT LOCATION |
|---|---|---|---|---|
| AAT5874385 12/01/12 FLD YLD ROW-EMER VEH | | 01/18/13 | 10:30 AM | RICHMOND TVB WEST SHORE PLAZA 1775 SOUTH AVENUE STATEN ISLAND, NEW YORK  10314 |
| AAT5874374 12/01/12 DISOB TRAFFIC DEVICE | | 01/18/13 | 10:30 AM | RICHMOND TVB WEST SHORE PLAZA 1775 SOUTH AVENUE STATEN ISLAND, NEW YORK  10314 |

**Without Prejudice UCC Article 1 General Provisions**
UCC 1-303 _____ UCC 1-308 UCC 1-103.6
UCC 1-201 UCC 1-202 UCC 1-309 UCC 1-103
**Under Protest**

**Without Prejudice UCC Article 1 General Provisions**
UCC 1-303 _____ UCC 1-308 UCC 1-103.6
UCC 1-201 UCC 1-202 UCC 1-309 UCC 1-103
**Under Protest**

OPER   ADJTMP
TERM# ST18   N                    PAGE    1 OF  1



**that was easy.**

Low prices. Every Item. Every day.
Store No:537
1520 Forest Avenue
STATEN ISLAND, NY 10302
(718) 815-5599

252525 XX 025 14361
Receipt #: 14361
VISA #: XXXXXXXXXXXX5523
02/20/15 08:58

| Qty | Description | Amount |
|-----|-------------|--------|
| 28 | BW SS P@SS Ltr/Lgl-832551 | 3.36 |
| 35 | BW SS P@SS Ltr/Lgl-832551 | 4.20 |
| 119 | BW SS P@SS Ltr/Lgl-832551 | 14.28 |
| 70 | BW SS P@SS Ltr/Lgl-832551 | 8.40 |
| 41 | BW SS P@SS Ltr/Lgl-832551 | 4.92 |

| | | |
|---|---|---|
| SubTotal | | 35.16 |
| STANDARD TAX | | 3.12 |
| Total | | 38.28 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

**Compare and Save**
with Staples-brand products.
**THANK YOU FOR SHOPPING AT STAPLES!**



0 5 3 7 0 2 2 0 1 5 1 4 3 6 1 2 5

0537022u1514: 6125

*Attachments For*
*Affidavit Dated 2/02/2015*

Without Prejudice; U.C.C.§3-104(a)
U.C.C.§1-103,Thru ration    U.C.C.§1-310
Notice; All Rights Reserved
28U.S.C.§1607;28U.S.C.§1608§1605

*Exhibit*
*A*

Under Protest

Ibrahim Annan; ucc 83-507 ANNAN IBRAHIM

Fraud all Right Reserved is missing, And without Prejudice

Under Protest is Also Missing

"See Attached" 18 U.S. Code §31 Definitions Number
which Stated the Drivers License is for Commercial Purposes only

Plainfitt Annan was traveling, and denies the Allegation set
Forth. This is Violation of Liberty 18 U.S.C §1589






DIAU

MV-68.1 (12/10)
NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES
6 EMPIRE STATE PLAZA
ALBANY NY 12228

ANNAN BORMAN
800 HYLAN BLVD LW 3V
STATEN ISLAND, NY 10301

MV-1118S (8/12)

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES

# SUSPENSION ORDER

www.dmv.ny.gov

07/27/2014
POSTAL ID: 101369720

ANNAN, IBRAHIM
800 VICTORY BLV 3V
STATEN ISLAND, NY 10301

| ORDER NUMBER | DATE OF BIRTH | SEX | CLIENT NUMBER |
|---|---|---|---|
| A1407727D000 | 06/11/1972 | M | 130135030 |

Your New York State driver license and/or privilege to drive in New York State is suspended indefinitely effective **08/26/2014** ·  This action is taken under sections 1199 and 503(4) of the Vehicle and Traffic Law.

CAUSE: FAILURE TO PAY A DRIVER RESPONSIBILITY ASSESSMENT.

To **avoid or clear this suspension**, payment may be made:
• on the internet at www.dmv.ny.gov/drp.htm (credit or debit card only) OR
• at your local Motor Vehicles office

**Pay either:**

| | |
|---|---|
| The Full Assessment of: | $ 300.00 |
| OR | |
| The Minimum Annual Payment of: | $ 100.00 |

**(this amount includes any overdue assessments)**

If you select the minimum annual payment option, we will send you a billing statement yearly for the annual payment amount and for any **additional assessment amounts** that may be added to your driving record during the year.

Suspension orders issued for this reason are not eligible for a restricted or conditional use license.

If you do not make a payment, you must turn in your New York State license, including any duplicates, to the Department of Motor Vehicles office listed below.

RETURN THIS NOTICE WHEN TURNING IN YOUR LICENSE. Failure to turn in your license is a **MISDEMEANOR** and may result in legal prosecution. As provided under section 511 of the Vehicle and Traffic Law, anyone who operates a motor vehicle on a public highway while his/her license or privilege to drive in NYS is suspended or revoked shall be guilty of a **MISDEMEANOR**.

*Commissioner of Motor Vehicles*

DEPARTMENT OF MOTOR VEHICLES
WEST SHORE PLAZA, 1775 SOUTH AVE., STATEN ISLAND, NY 10314

Case 1:15-cv-01058-CBA-CLP    Document 1    Filed 03/02/15    Page 70 of 92 PageID #: 70

Search all of LII...   [ GO! ]

Follow

› Title 18 › Part I › Chapter 2 › § 31

# 18 U.S. Code § 31 - Definitions

There is 1 Update Pending. Select the tab below to view.

Current through Pub. L. 113-105. (See Public Laws for the current Congress.)

| US Code | Notes | Updates |
|---------|-------|---------|

prev | next

(a) Definitions.— In this chapter, the following definitions apply:

(1) Aircraft.— The term "aircraft" means a civil, military, or public contrivance invented, used, or designed to navigate, fly, or travel in the air.

(2) Aviation quality.— The term "aviation quality", with respect to a part of an aircraft or space vehicle, means the quality of having been manufactured, constructed, produced, maintained, repaired, overhauled, rebuilt, reconditioned, or restored in conformity with applicable standards specified by law (including applicable regulations).

(3) Destructive substance.— The term "destructive substance" means an explosive substance, flammable material, infernal machine, or other chemical, mechanical, or radioactive device or matter of a combustible, contaminative, corrosive, or explosive nature.

(4) In flight.— The term "in flight" means—

(A) any time from the moment at which all the external doors of an aircraft are closed following embarkation until the moment when any such door is opened for disembarkation; and

(B) in the case of a forced landing, until competent authorities take over the responsibility for the aircraft and the persons and property on board.

(5) In service.— The term "in service" means—

(A) any time from the beginning of preflight preparation of an aircraft by ground personnel or by the crew for a specific flight until 24 hours after any landing; and

(B) in any event includes the entire period during which the aircraft is in flight.

(6) Motor vehicle.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

(7) Part.— The term "part" means a frame, assembly, component, appliance, engine, propeller, material, part, spare part, piece, section, or related integral or auxiliary equipment.

(8) Space vehicle.— The term "space vehicle" means a man–made device, either manned or unmanned, designed for operation beyond the Earth's atmosphere.

(9) State.— The term "State" means a State of the United States, the District of

Wex: Criminal Law: Overview

Download the: 2013 US Code

Title 18 USC, RSS Feed

Table of Popular Names

Parallel Table of Authorities

[ ]

Donations cover only 20% of our costs

How do you know
if a college
is right for you?

25questions
to ask a College Representative

LII Announce Blog

LII Supreme Court Bulletin

MAKE A DONATION
CONTRIBUTE CONTENT
BECOME A SPONSOR
GIVE FEEDBACK

FIND A LAWYER

Lawyers
near Brooklyn, New York

Lawyers get listed for free.

Case 1:15-cv-01058-CBA-CLP    Document 1    Filed 03/02/15    Page 71 of 92 PageID #: 71

Columbia, and any commonwealth, territory, or possession of the United States.

(10) Used for commercial purposes.— The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.

(b) Terms Defined in Other Law.— In this chapter, the terms "aircraft engine", "air navigation facility", "appliance", "civil aircraft", "foreign air commerce", "interstate air commerce", "landing area", "overseas air commerce", "propeller", "spare part", and "special aircraft jurisdiction of the United States" have the meanings given those terms in sections 40102 (a) and 46501 of title 49.

LII has no control over and does not endorse any external Internet site that contains links to or references LII.

We are researching what makes a legal rule hard or easy to read or use. With your help, we hope to create a database of legal rules classified by difficulty and other characteristics. We also hope to better understand how usable legal rules may be for different parts of the community. Participation is voluntary and takes less than a few minutes. You can opt out at any point. You can rate one rule or as many as you like. Results of our research will be made publicly available through this site and the ANU in the coming months.

The test below is known as a "cloze test". The number of missing words a reader can guess is a measure of how difficult the text is. Please try to guess and insert the missing word in each of the spaces below. Then press submit. Participation is voluntary.

In most places,              are two generations a
a second brood of            appearing late in the

[ Submit ]



Jesse J. Ryan

Employment Law, Business Law
New York, NY
silver Badge



Thomas S. Russo

Medical Malpractice, Personal Injury,
Employment Law
Scarsdale, NY
gold Badge



Michael L. Palumbo

Criminal Law, DUI & DWI, Traffic Tickets
Mamaroneck, NY
gold Badge

Ira S. Newman

Appeals & Appellate, Business Law,
Consumer Law, Education Law,
Employment Law, Landlord Tenant
New York City, NY
gold Badge

Catherine Anderson

Business Law, Civil Rights,
Employment Law
New York, NY
gold Badge

See More Lawyers
All lawyers

taxrates.com
Save yourself some time - download sales tax database for any state.

MV-48.1APB (6/11)

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
APPEALS BOARD
PO BOX 2935
ALBANY NY 12220-0935

IBRAHIM ANNAN
800 VICTORY BLVD #3V
STATEN ISLAND, NY 10301

1030133716 0005



$ 00.48⁰
02 1M
0008004975 FEB 04 2014
MAILED FROM ZIP CODE 12228

---

MV-48.1APB (6/11)

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
APPEALS BOARD
PO BOX 2935
ALBANY NY 12220-0935

IBRAHIM ANNAN
800 VICTORY BLVD #3V
STATEN ISLAND, NY 10301

Februa

Re: Appeal of Summons #: AAT587437

1030133716 0005

$ 00.48⁰
02 1M
0008004975 FEB 25 2014
MAILED FROM ZIP CODE 12228

Case 1:15-cv-01058-CBA-CLP    Document 1    Filed ...    Page 74 of 92 PageID #: 74





**TVB**

REV#NDL1 (11/2/10)
**NEW YORK STATE**
**DEPARTMENT OF MOTOR VEHICLES**
**6 EMPIRE STATE PLAZA**
**ALBANY NY 12228**

ANNAN IBRAHIM
800 VICTORY BLVD 3V
STATEN ISLAND NY 10301-3716

New York State – Department of Motor Vehicles

LAST NAME: ANNAN    FIRST NAME: ...

NUMBER & STREET ADDRESS: 800 VICTORY BLVD
CITY: Staten Island    ZIP CODE: 10301

I.D. NUMBER: 13 01 2 ...

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

YOU MUST ANSWER THIS TICKET WITHIN 15 DAYS OF
THE DATE OF OFFENSE. TO ANSWER ONLINE AT
WWW.DMV.NY.GOV/EPLEAD.HTM OR BY MAIL, FOLLOW
THE INSTRUCTIONS ON THE OTHER SIDE.
FAILURE TO ANSWER WILL RESULT IN THE SUSPENSION OF
YOUR LICENSE AND A DEFAULT JUDGMENT AGAINST YOU

**MOTORIST COPY-TRAFFIC VIOLATIONS BUREAU**

AAY46025OO    UT-60 (12/13)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barbara di Fiala
State Department of Motor
Vehicles
6 Empire State Plaza
Albany New York Republic 12228

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x  NYS State DMV    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
FEB 10 2014

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Mail Center

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from ___   7013 1710 0001 2866 8342

PS Form 3811, July 2013          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of New York Department
of Motor Vehicles Appeals Board
P.O. Box 2935
Albany New York "Republic"
12220-0935

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x  NYS State DMV    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
FEB 10 2014

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Mail Center

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7013 1710 0001 2866 8366

PS Form 3811, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ibrahim Annan Moor
800 Victory Blvd #3V
Staten Island, New York "Republic"
10301

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ibrahim Annan Moor Sui dauris
800 Victory Blvd #3V
Staten Island, New York "Republic"
10301

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of New York Department of Motor Vehicles
6 Empire State Plaza
Albany New York 12228

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

NYS State DMV

JAN 29 2014

Mail Center

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from ser    7013 1710 0001 2866 5242

PS Form 3811, July 2013    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deborah V. Dugan
State Department of Motor Vehicles
Empire State Plaza
Albany New York "Republii" 12228

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

NYS State DMV

B. Received by (Printed Name)    C. Date of Delivery

FEB 0 7 2014

Mail Center

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Numl
(Transfer fror    7013 1710 0001 2866 8359

Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ibrahim Annan In Pro Pia Persona Moork)
800 Victory Blvd #3V
Staten Island, New York 'Republic" 10301

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ibrahim Annan Moor In Pro Pia Persona
800 Victory Blvd #3V
Staten Island, New York "Republic"
10301



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address

Ibrahim Annan
800 Victory Blvd #3V
Staten Island New York "Republic" 90302 

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ibrahim Annan In-ProPia Persona moorl)
800 Victory Blvd #3V
Staten Island New York "Republic" 10301

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

State of New York "Republic "Department
Of motor Vehicles
2875 West 8th Street
Brooklyn South New York Republic
New York 11224

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7012 2920 0002 0798 2690
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Deliver

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Department of Motor Vehicles
Traffic Violations Division
West Shore Plaza
1775 South Avenue
Staten Island New York Republic 10314

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Nu   7013 1710 0001 2866 9516
(Transfer

PS Form 3811, July 2013   Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ibrahim Annan Sui Generis Sui Juris Moor[e]
800 Victory Blud #3 Nolic Republic
Staten Island, New York, 10301

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: State of New York
Department of Motor Vehicles
6 Empire Plaza Albany, New York
"Republic" 12228

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)  NYS State DMV

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUL 2 4 2013

Mail Center

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7012 2920 0002 0798 2614

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

7009 2250 0003 4098 3305



STATE OF NEW YORK
DEPARTMENT OF MOTOR VEHICLES
6 Empire State Plaza
Albany NY 12228

## NOTICE OF IMPENDING DRIVER LICENSE SUSPENSION & CONVICTION

Date:  01/20/15

Ticket No.:  AAY4602500

ılılılıılılıılılıılılılılılılılıılılıılılılıılılılıılıılılı

ANNAN IBRAHIM
800 VICTORY BLVD 3V
STATEN ISLAND NY  10301-3716

Postal ID:  033938829

As authorized by the Vehicle and Traffic Law, your license and/or privilege to drive in New York State will be suspended effective    02/11/15             for failure to appear to answer the traffic ticket you received for  NYC REDLIGHT
in    RICHMOND

You must answer immediately to avoid additional fees. If your license is suspended, in addition to any other fines and surcharges, a  $70 suspension termination fee will be due even if you are later found not guilty of the charge.

Furthermore, if you do not answer this ticket before    03/13/15            you will be default convicted of this charge. Your fine will be increased and an additional $70  suspension termination fee will be due. You may also be subject to points on your license and a Driver Responsibility Assessment fee.

If you wish to plead not guilty, you must appear in person at the    RICHMOND            Traffic Violations Bureau at
West Shore Plaza            1775 South Avenue, Ste 2    Staten Island, NY 10314
You may be required to post a $40 cash bond.

**If you have access to the Internet, and you wish to plead guilty to this charge, we strongly suggest that you pay your fines on the Internet at: www.dmv.ny.gov/eplead.htm to avoid mail and processing time which could lead to possible suspension and additional fees.**

For some violations, you must appear in person, even if you wish to plead guilty. See the enclosed fine schedule for additional information.

You may also plead guilty and pay by mail using check, money order or credit card. Any check or money order should be made payable to the Commissioner of Motor Vehicles, and the ticket number written on your payment. To pay by credit card, provide all credit card information in the spaces below. Complete and detach the bottom portion of this form and send with payment to:

Traffic Violations Division Plea Unit
PO Box 2950 - ESP
Albany, New York  12220-0950

---

**If your address is different from the one printed, please make corrections in the space provided below.**

ANNAN IBRAHIM                06/11/72M            AAY4602500
800 VICTORY BLVD 3V          NYC REDLIGHT          11/05/14
STATEN ISLAND NY  10301-3716

I, _____, PLEAD GUILTY.
                    (signature)

NEW MAILING ADDRESS_____    APT #_____

CITY _____    STATE _____    ZIP CODE _____

PAYMENT CHOICE (check one)  ☐ CHECK    ☐ MONEY ORDER    ☐ VISA    ☐ MASTERCARD    ☐ AMERICAN EXPRESS    ☐ DISCOVER

CREDIT
CARD # _____-_____-_____-_____       EXPIRATION DATE _____ / _____    AMOUNT $_____

CARD HOLDER SIGNATURE ▶ _____

AA-3 (5/12)



BARBARA J. FIALA
Commissioner

THOMAS P. HIGGINS
Deputy Commissioner for Integrity

# STATE OF NEW YORK
## DEPARTMENT OF MOTOR VEHICLES
## APPEALS BOARD
PO Box 2935
Albany, NY 12220-0935

DEBORAH V. DUGAN
Chairman

February 25, 2014

**IBRAHIM ANNAN**
**800 VICTORY BLVD #3V**
**STATEN ISLAND, NY 10301**

Re:    Appeal of Summons #: AAT5874374

Dear Appellant:

This is in response to your correspondence of February 7, 2014, in which express your displeasure with the Board's decision and ask for additional consideration in connection with the above-referenced appeal. However, as previously indicated, the Appeals Board's administrative determination is final, and our office is not legally authorized to give this matter further consideration. Nothing in this letter should be construed as extending the time for the filing of an Article 78 Proceeding.

Sincerely,

Appeals Board
Processing Unit

**STATE OF NEW YORK**
**DEPARTMENT OF MOTOR VEHICLES APPEALS BOARD**
**P.O. BOX 2935**
**ALBANY, NY 12220-0935**

BARBARA J. FIALA
Commissioner

THOMAS P. HIGGINS
Deputy Commissioner of Integrity

DEBORAH V. DUGAN
Chairman

February 03, 2014

**IBRAHIM  ANNAN**
**800 VICTORY BLVD #3V**
**STATEN ISLAND, NY 10301**

Re:  **NOTICE OF APPEALS BOARD DECISION** - FULL APPEAL
     AAT5874374 - DISOB TRAFFIC DEVICE

Dear Appellant:

The Appeals Board has decided the above-referenced appeal pursuant to Article 2-A of the
Vehicle and Traffic Law and has affirmed the conviction, which will remain on your record.

The transcript of the hearing was reviewed and appeal arguments were considered.  The Board
determined that the charges were sustained by clear and convincing evidence, the hearing was
fair, and the appeal arguments did not warrant a reversal.  The Board also determined that the
penalty imposed (including fine and/or any license sanction) was not an abuse of discretion.
Surcharges and points attach by law and cannot be modified or waived.

Any license suspension or revocation that may have been stayed pending appeal wil be
reinstated.

This if a final, administrative determination of the Department.  Any further appeal should be
made to the New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and
Rules.

**APPEALS BOARD**
**PROCESSING UNIT**

*Moter Vehicles*

```
$2.30

$7.61

$1.61

Expected Delivery: Mon 02/10/14
Return Rcpt (Green            $2.70
Card)
@@ Certified                 $3.30
USPS Certified Mail #:
70131710000128668359
                         ========
Issue PVI:                   $7.61

ALBANY NY 12228 Zone-2        $1.61
First-Class Mail Large Env
3.40 oz.
Expected Delivery: Mon 02/10/14
Return Rcpt (Green            $2.70
Card)
Certified                    $3.30
Certified Mail #:
0128668342
                         ========
```

```
RECEIPT-6287          DATE-02/07/2014
DRAWER: 06            TIME-14:41:45
USER:   TMANGANARO

         RICHMOND COUNTY CLERK
         HON. STEPHEN J. FIALA
         COMMISSIONER

DOC.
NUMBER  TYPE     REMARKS      AMOUNT

9905249
09-AUTHENTICATION            3.00
            29338 THRU 29243

    TOTAL FOR
    9905249                  3.00
9905250
09-AUTHENTICATION            3.00
            29338 THRU 29243

    TOTAL FOR
    9905250                  3.00
9905251
09-AUTHENTICATION            3.00
            29338 THRU 29243

    TOTAL FOR
    9905251                  3.00
9905252
09-AUTHENTICATION            3.00
            29338 THRU 29243

    TOTAL FOR
    9905252                  3.00
9905253
09-AUTHENTICATION            3.00
            29338 THRU 29243

    TOTAL FOR
    9905253                  3.00
9905254
09-AUTHENTICATION            3.00
            29338 THRU 29243

    TOTAL FOR
    9905254                  3.00
                       ================
TOTAL ALL DOCUMENTS         18.00

CASH:                       18.00
                       ----------------
    TOTAL COLLECTED          18.00
. THANK YOU & HAVE A NICE DAY
  STEPHEN J. FIALA
```



**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage    $
Certified Fee    $1.61

Total Postage & Fees    $    $1.61    01/27/2014

Sent To: *Department of Motor Vehicles*
*Enforcement Violations Division West State Plaza*
*1125 South Avenue Staten Island 10314*

Matter
ALBANY NY 12228 Zone-2
First-Class Mail Large Env
3.40 oz.
Expected Delivery: Wed 01/29/14
Return Rcpt (Green
Card)
@@ Certified
USPS
7013                $1.61

STATEN ISLAND NY 10314
Zone-1
First-Class Mail Large Env                $2.70
3.40 oz.
Expected Delivery: Tue 01/28/14    $3.30
Return Rcpt (Green
Card)
@@ Certified
USPS Certified Mail #:
70131710000128669516                $1.61
Issue PVI:                $2.70
                            $3.30

Total:                    =======
                            $7.61
Paid by:
Debit Card
Accou     #:
Approval  #:          =======
Transact  :            $17.60
23903591003
Receipt#:
Debit Card Purchase    $37.60
Cash Back              71

or tracking or inquiries go to
om or call 1-800-222-1811.     $17.60
                                $20.00
mps at usps.com/shop or
Stamp24. Go to



7009 2250 0003 4098 3299



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of New York "Republic"
Department of Motor Vehicles"
6 Empire State Plaza,
Albany, New York, 12228

HTN; Barbara J. Fiala et al;

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

NYS State DMV

AUG 20 2014

Mail Center

3. Service Type
☐ Certified Mail   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 1710 0001 2873 4221

PS Form 3811, July 2013   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Motor Vehicles
Traffic Violations Division et al;
West Shore Plaza
1775 South Avenue
Staten Island, New York "Republic"
10314

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8/19/14

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from s...)   7013 1710 0001 2873 4214

PS Form 3811, July 2013   Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

Ibrahim Annan In-Propia Persona Moor Suiduris
800 Victory Blvd #3V
Staten Island, New York "Republic"
10309

UNITED STATES POSTAL SERVICE
NEW YORK
NY 100
18 AUG '14
PM 10 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

Ibrahim Annan In-Propia Persona Moor
800 Victory Blvd #3V
Staten Island, New York "Republic"
10309

# Affirmation of Service

United States District Court
Eastern District of New York "Republic"
Ibrahim Annan In-Propia Persona

against

State Department of Motor
Vehicles-NYPD et al;

Without Prejudice; U.C.C.§3-104(a)
X _____
U.C.C.§1-103, Thru _____ U.C.C.§1-310
Notice; All Rights Reserved
28 U.S.C.§1607; 28 U.S.C.§1600§1605

X Notary _____

I, Ibrahim Annan          Subscribed before me
              In Propia Persona    2/2/15

CATHERINE F AIELLO
Notary Public - State of New York
NO. 01AI6023409
Qualified in Richmond County
My Commission Expires _____

Declare under Penalty of Perjury that I have served a copy of the attached
Remedy/Relief 28 U.S.C.§2674 upon State Department of Motor Vehicles
West Shore Plaza; 1775 South Avenue et al; Empire State Plaza et al;
225 Cadman Plaza East Brooklyn New York "Republic" Eastern District